**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Pain Management Associates of North Carolina, P.C.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4932221** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2551 Hendersonvill Road**<br>**Arden, NC 28704**<br>Number, Street, City, State & ZIP Code | **150 Carrington Ln.**<br>**Winston Salem, NC 27127**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Buncombe**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Pain Management Associates of North Carolina, P.C.**                    Case number (*if known*) _____

Name

---

**7.  Describe debtor's business**     A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

■  None of the above

B.  *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■  Chapter 7

☐  Chapter 9

☐  Chapter 11. *Check **all** that apply:*

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■  No.

☐  Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■  No

☐  Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor  **Pain Management Associates of North Carolina, P.C.**                    Case number (*if known*) _____
        Name

---

**11. Why is the case filed in**            *Check all that apply:*
    **this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**      ■ No
    **have possession of any**
    **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?**  _____
                                                                Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.   Insurance agency   _____
                                             Contact name        _____
                                             Phone               _____

---

█   **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
    **available funds**

                                 ☐ Funds will be available for distribution to unsecured creditors.

                                 ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**   ☐ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
    **creditors**            ☐ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
                             ■ 100-199             ☐ 10,001-25,000       ☐ More than100,000
                             ☐ 200-999

---

**15. Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                          ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                          ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    **Pain Management Associates of North Carolina, P.C.**                    Case number (*if known*) _____
          Name

---

█    **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 29, 2020**
               MM / DD / YYYY

*X* **/s/ Granada Neil**                              **Granada Neil**
Signature of authorized representative of debtor      Printed name

Title    **President**

---

**18. Signature of attorney**

*X* **/s/ Dirk W. Siegmund**                    Date    **April 29, 2020**
Signature of attorney for debtor                       MM / DD / YYYY

**Dirk W. Siegmund 20796**
Printed name

**Ivey, McClellan, Gatton & Siegmund**
Firm name

**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**
Number, Street, City, State & ZIP Code

Contact phone    **336-274-4658**    Email address _____

**20796 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 29, 2020**        X **/s/ Granada Neil**
                                        Signature of individual signing on behalf of debtor

                                        **Granada Neil**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................    $            0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................    $      189,226.12

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................    $      189,226.12

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    29,479,638.28

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $        1,470.24

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     5,667,297.83

4.   Total liabilities ..............................................................................................................................
     Lines 2 + 3a + 3b

   $    35,148,406.35

**Fill in this information to identify the case:**

Debtor name    **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **First Citizens Bank** | | | |
| 3.1.  **Account is listed as "Allayant Pain Management, PC"** | **Checking** | 4323 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00 |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  **Lutheran Services Carolinas- Security Deposit** | $3,600.00 |
| 7.2.  **Town of Waynesville- Utility Deposit** | $240.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Pain Management Associates of North Carolina, P.C.**   Case number *(If known)* _____
Name

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                    | **$3,840.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:      **258,080.73**     -      **72,694.61**  =....      **$185,386.12**
                          face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    | **$185,386.12** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

Debtor    **Pain Management Associates of North Carolina, P.C.**    Case number *(If known)* _____
       Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Pain Management Associates of North Carolina, P.C.**          Case number *(If known)* _____
Name

---

<div style="background:black">Part 12:</div>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,840.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $185,386.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $189,226.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $189,226.12 |

In re   **Pain Management Associates of North Carolina, P.C.**  _____   Case No.   _____
Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

| Account Receivables | 7.31.19 AR | Aug | Pymts | Total | Sum of Doubtful |
|---|---|---|---|---|---|
| Medicare of NC | 20,922.00 | 47,430.56 | (10,992.68) | 57,359.88 | 13,536.53 |
| BCBS of NC | 19,706.00 | 23,308.64 | | 43,014.64 | 10,542.71 |
| United Healthcare- AARP Medicare Complete | 12,836.00 | | | 12,836.00 | 6,931.44 |
| WCO US Department Of Labor | 7,176.00 | | | 7,176.00 | 3,236.38 |
| UHC Group Medicare Adv | 5,366.00 | | | 5,366.00 | 2,897.64 |
| Medicaid of NC | 6,802.00 | 5,350.10 | (6,870.24) | 5,281.86 | 4,305.67 |
| WCO Department of Labor | 4,365.00 | | | 4,365.00 | 1,968.62 |
| Medcost | 4,072.00 | | | 4,072.00 | 2,443.20 |
| United Healthcare | 3,756.00 | | | 3,756.00 | 2,307.38 |
| United Healthcare Community Plan/Dual Co | 3,144.00 | | | 3,144.00 | 1,697.76 |
| Self Pay | 2,992.00 | | | 2,992.00 | 2,992.00 |
| Humana Gold Plus HMO | 2,675.00 | | | 2,675.00 | 1,444.50 |
| Aetna | 2,667.00 | | | 2,667.00 | 1,282.16 |
| United Healthcare Dual Complete | 2,536.00 | | | 2,536.00 | 1,521.60 |
| United Healthcare - Medicare Replacement | 2,053.00 | | | 2,053.00 | 1,108.62 |
| Cigna HealthCare | 2,014.00 | | | 2,014.00 | 1,248.68 |
| Humana | 1,764.00 | | | 1,764.00 | 952.56 |
| UHC Dual Complete- HMO SNP | 1,689.00 | | | 1,689.00 | 1,013.40 |
| UNITED HEALTH CARE | 1,466.00 | | | 1,466.00 | 879.60 |
| UMR Benefits Administered | 1,324.00 | | | 1,324.00 | 794.40 |
| UHC Dual Complete Choice PPO SNP | 1,238.00 | | | 1,238.00 | 668.52 |
| WC ESIS | 1,098.00 | | | 1,098.00 | 495.20 |
| Meritain Health | 1,058.00 | | | 1,058.00 | 634.80 |

| | | | | |
|---|---|---|---|---|
| FirstMedicare Direct | | | | |
| | 1,055.00 | | 1,055.00 | 569.70 |
| Healthgram | | | | |
| | 814.00 | | 814.00 | 488.40 |
| AARP MedicareComplete/UHC | | | | |
| | 799.00 | | 799.00 | 431.46 |
| Law Firm of John C. Hensley, Jr | | | | |
| | 701.00 | | 701.00 | 350.50 |
| Railroad Medicare | | | | |
| | 700.00 | | 700.00 | 452.90 |
| United Health GEHA | | | | |
| | 688.00 | | 688.00 | 412.80 |
| BCBS Medicare Advantage PPO | | | | |
| | 668.00 | | 668.00 | 360.72 |
| United Healthcare Choice Plus | | | | |
| | 637.00 | | 637.00 | 382.20 |
| WCO Hanover Insurance Company | | | | |
| | 618.00 | | 618.00 | 278.72 |
| Wellcare Medicare Replacement | | | | |
| | 570.00 | | 570.00 | 307.80 |
| WC Sedgwick | | | | |
| | 549.00 | | 549.00 | 247.60 |
| WCO New York State Insurance Fund | | | | |
| | 549.00 | | 549.00 | 247.60 |
| Crescent Health Solutions Inc. | | | | |
| | 118.00 | 418.74 | 536.74 | 70.80 |
| Coresource | | | | |
| | 505.00 | | 505.00 | 303.00 |
| Tricare Select | | | | |
| | 418.00 | | 418.00 | 230.74 |
| WC Enstar | | | | |
| | 399.00 | | 399.00 | 239.40 |
| United Healthcare-Care Improvement Plus | | | | |
| | 358.00 | | 358.00 | 193.32 |
| Coordinated Benefits Plan Inc | | | | |
| | 336.00 | | 336.00 | 201.60 |
| Tricare East Region | | | | |
| | 334.00 | | 334.00 | 185.37 |
| MHBP | | | | |
| | 324.00 | | 324.00 | 194.40 |
| UHC Dual Complete RP | | | | |
| | 304.00 | | 304.00 | 164.16 |
| Aetna Life Insurance Company | | | | |
| | 295.00 | | 295.00 | 177.00 |
| Blue Cross Blue Shield Federal | | | | |
| | 266.00 | | 266.00 | 142.31 |
| United Health Shared Services | | | | |
| | 257.00 | | 257.00 | 154.20 |
| Humana PPO | | | | |
| | 221.00 | | 221.00 | 132.60 |
| Medical Mutual of Ohio | | | | |
| | 193.00 | | 193.00 | 115.80 |
| Humana Gold Choice  Medicare | | | | |
| | 192.00 | | 192.00 | 103.68 |
| Aetna Medicare Replacement | | | | |

| | | | |
|---|---|---|---|
| | 170.00 | 170.00 | 91.80 |
| Tricare Standard | | | |
| | 144.00 | 144.00 | 79.49 |
| WCO Brentwood Services | | | |
| | 140.00 | 140.00 | 63.14 |
| KEY BENEFIT ADMINISTRATION | | | |
| | 132.00 | 132.00 | 79.20 |
| Maestro Health | | | |
| | 107.00 | 107.00 | 64.20 |
| Group Admin | | | |
| | 100.00 | 100.00 | 60.00 |
| United Health Care Heritage Plus | | | |
| | 90.00 | 90.00 | 54.00 |
| United Healthcare Choice Plus POS | | | |
| | 62.00 | 62.00 | 37.20 |
| NC Blue Medicare PPO | | | |
| | 50.00 | 50.00 | 27.00 |
| NALC - Cigna | | | |
| | 44.00 | 44.00 | 27.28 |
| Amerivantage Dual Coordination | | | |
| | 42.00 | 42.00 | 26.21 |
| MC Wellcare Health Plans | | | |
| | 35.00 | 35.00 | 18.90 |
| Medicare of SC | | | |
| | 27.00 | 27.00 | 17.47 |
| Cigna PPO | | | |
| | 11.00 | 11.00 | 6.60 |
| Total: | | 185,386.12 | 72,694.61 |

Fill in this information to identify the case:

Debtor name    **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Fidus Investment Corporation**<br>Creditor's Name<br><br>**As Lender and Collaterl Agent**<br>**1603 Orrington #810**<br>**Evanston, IL 60201**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Potential Debt- Sustantially all assests of Oaktree Medical Center, PC and Labsource, LLC** | **$29,354,194.18** | **Unknown** |

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**05/06/2014**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2** **US Bank Equipment Finance**<br>Creditor's Name<br><br>**1310 Madrid Street**<br>**Marshall, MN 56258**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Potential Debt-GE Healthcare-CPS Presciption Softwear, Centricity Practice Solution, CPS MU SOftware- Related Medical Practice Softwear** | **$125,444.10** | **Unknown** |

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**04/13/2016**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____
          <u>Name</u>

**8988**
_____
**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$29,479,638.
28** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **West Crt Heavy, LLC**<br>**1603 Orrington #810**<br>**Evanston, IL 60201** | Line __2.1__ | |
| **West Family Investments, Inc.**<br>**1603 Orrington #810**<br>**Evanston, IL 60201** | Line __2.1__ | |
| **West Investment Corporation**<br>**1603 Orrington #810**<br>**Evanston, IL 60201** | Line __2.1__ | |
| **West Investment Holdings, LLC**<br>**1603 Orrington #810**<br>**Evanston, IL 60201** | Line __2.1__ | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Debtor name    **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| **Attorney General of North Carolina**<br>**9001 Mail Service Center**<br>**Raleigh, NC 27699-9001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|
| **Attorney General of the United**<br>**States**<br>**US Dept. of Justice**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,225.96 | $1,225.96 |
|---|---|---|---|---|

**Kathy Motes**
**260 Ballantyne Common Circle,**
**Apt. 204**
**Hendersonville, NC 28792**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Debt-Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.36 | $129.36 |
|---|---|---|---|---|

**Kelsey Moody**
**964 G W Whitmire Road**
**Rosman, NC 28772**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Debt-Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.92 | $114.92 |
|---|---|---|---|---|

**Megan Lancaster**
**36 Ridge Top Acres**
**Candler, NC 28715**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Debt-Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Department of Revenue**
**PO BOX 25000**
**Raleigh, NC 27640-0002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept. of Labor**
**1101 Mail Service Center**
**Raleigh, NC 27699-1101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,579.00 |
|---|---|---|---|

**Abbott (FKA St. Jude)**
**22400 Network Place**
**Chicago, IL 60673**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Accurate Diagnostice**
**1635 E. North Street**
**Greenville, SC 29607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.42 |
|---|---|---|---|

**ADT-7420 25 H-ARD-EFT**
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential Debt- Utilites**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____
      Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$908.88** |
|---|---|---|---|

**Airgas USA, LLC- 2865184**
**P.O. Box 734672**
**Dallas, TX 75373**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458.72** |
|---|---|---|---|

**Airgas USA, LLC- 2900062**
**P.O. Box 734672**
**Dallas, TX 75373**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,962.19** |
|---|---|---|---|

**Alfonso Interpreting & Transporting, Inc**
**P.O. Box 27309**
**Greenville, SC 29616-2204**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,000.00** |
|---|---|---|---|

**Allscripts LLC**
**24630 Network Place**
**Chicago, IL 60673-1246**

Date(s) debt was incurred  _
Last 4 digits of account number  **6688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aly Elleithee**
**C/O Janet, Janet & Suggs. LLC**
**Gerald Drayton Jowers, Jr**
**500 Taylor St, Ste 301**
**Columbia, SC 29201**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential Debt**
**Litigation**
**Elleithee v. Solis**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,406.92** |
|---|---|---|---|

**American Express 1101**
**PO Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,642.50** |
|---|---|---|---|

**Arnall Golden Gregory LLP- #32386**
**171 17th Street NW**
**Suite 2100**
**Atlanta, GA 30363**

Date(s) debt was incurred  **Various**
Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Legal Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,430.25 |
|---|---|---|---|

**Asbury Med-Sure, LLC (Roger Yapp)**
1560 Asbury Ave
Winnetka, IL 60093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.50 |
|---|---|---|---|

**Asheville Fire Protection Co., Inc.**
PO Box 6798
Asheville, NC 28816

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,736.25 |
|---|---|---|---|

**Bannister, Wyatt & Stalvery, LLC**
401 Pettigru Street
Greenville, SC 29601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.63 |
|---|---|---|---|

**BCBS of NC**
**Financial Processing Services**
PO Box 30048
Durham, NC 27702

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Potential Debt- Patient Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,790.00 |
|---|---|---|---|

**BHHS John M Brabham Real Estate**
**Davis Properties**
1081 Alice Drive
Sumter, SC 29151

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.42 |
|---|---|---|---|

**Biochemical Diagnostics, Inc.**
180 Heartland Boulevard
Edgewood, NY 11717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number  **0900**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,500.00 |
|---|---|---|---|

**Bioventus LLC**
PO Box 732823
Dallas, TX 75373-2823

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Blake Leche**
**Dunlaevy Law Firm**
**c/o Jeffery P. Dunlaevy**
**37 Villa Rd, Ste. 440**
**Greenville, SC 29615**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt Litigation**
**Leche v. Emergencymd LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.13**

**Boon Administrative Services**
**Attn: Claims**
**Austin, TX 78755**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brandy Knight**
**c/o Bluestein Thompson Sullivan, LLC**
**Allison Paige Sullivan**
**PO Box 7965**
**Columbia, SC 29202**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt Litigation**
**United States v. Oaktree Medical Centre, PC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$769.40**

**Bullington Associates, Inc**
**4240 N Blackstock Rd**
**Spartanburg, SC 29301**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,419.12**

**Cadwell Laboratories, Inc**
**909 N Kellogg St**
**Kennewick, WA 99336**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **3725**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,447.19**

**Caine & Weiner**
**PO Box 5010**
**Woodland Hills, CA 91365-5010**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pain Management Associates of North Carolina, P.C.**      Case number (*if known*) _____

Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Catherine Thompson- Personal Represent**
**c/o William J Tuck, P A**
**For the Estate of Rebecca Mathew Cassidy**
**PO Box 933**
**Darlington, SC 29540**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Debt**
**Litigation**
**Cassidy v. Solis**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,445.20** |
|---|---|---|---|

**Cerilliant Corporation**
**811 Paloma Drive, Suite A**
**Round Rock, TX 78665**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **3105**

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147,806.50** |
|---|---|---|---|

**Chapman and Cutler, LLP**
**P.O. Box 71291**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Debt- Legal Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$386.77** |
|---|---|---|---|

**City of Asheville Water**
**P.O. 733**
**Asheville, NC 28802-0733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Debt- Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$386.77** |
|---|---|---|---|

**City of Asheville Water Bill Acct# 0078**
**PO Box 733**
**Asheville, NC 28802-0733**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **0078**

Basis for the claim:  **Potential Debt- Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Charleston**
**Address Unavailable at Time of Filing**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Debt**
**Litigation**
**City of Charleston v. Purdue Pharma Lo., ET AL**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.10** |
|---|---|---|---|

**City of Florence -8471 CC**
**City Services Bill**
**PO Box 602756**
**Charlotte, NC 28260-2756**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **1491**

Basis for the claim:  **Potential Debt- Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Clia Laboratory Program**
**PO Box 3056**
**Portland, OR 97208-3056**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$833.93** |
|---|---|---|---|

**Clint Pharmaceuticals**
**629 Shute Lane**
**Old Hickory, TN 37138**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **0509**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.42** |
|---|---|---|---|

**CMI, Inc**
**2090 Relaible Parkway**
**Chicago, IL 60686**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$578.88** |
|---|---|---|---|

**Comast**
**PO Box 105257**
**Atlanta, GA 30348-5257**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **012**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County of Greenville**
**c/o Harrison White, PC**
**John B White, Jr**
**178 W Main St**
**Spartanburg, SC 29306**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Debt**
**Litigation**
**County of Greenville v. Rite Aid of SC, Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Coverys**
**PO Box 981024**
**Boston, MA 02298**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Creekridge Capital, LLC**
**7808 Creekridge Circle**
**Suite 250**
**Minneapolis, MN 55439-2647**

Date(s) debt was incurred  **08/25/14**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Pain Management Associates of North Carolina, P.C.**          Case number (if known) _____
   <sub>Name</sub>

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.92 |

**Crystal Springs Various**
**PO Box 660579**
**Dallas, TX 75266-0579**

**Date(s) debt was incurred** __Various__
**Last 4 digits of account number** __6528__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Debt- Trade Payables__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | | $948.70 |

**CSP Insurance Services**
**2420 Hoffmeyer Rd  Suite D**
**Florence, SC 29501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Debt- Trade Payables__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | | $1,395.00 |

**Custom Indoor Services (Cleaning)**
**106 Sherbert Court**
**Spartanburg, SC 29303**

**Date(s) debt was incurred** __Various__
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Debt- Trade Payables__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | | Unknown |

**Dixon Board, Office of Investigations**
**Attn: Carmen Felton- Barner**
**SC Dept of Labor Licensing & Regulation**
**PO Box 11329**
**Columbia, SC 29211-1329**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential Debt__
__Litigation__
__Dixon Board Complaint__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | | $1,442.14 |

**Dominion Energy**
**PO Box 100255**
**Columbia, SC 29202-3255**

**Date(s) debt was incurred** __Various__
**Last 4 digits of account number** __0386__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential Debt- Utlities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | | Unknown |

**Donna Rauch**
**c/o Bluestein Thompson Sullivan, LLC**
**Allison Paige Sullivan**
**PO Box 7965**
**Columbia, SC 29202**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential Debt__
__Litigation__
__United States v. Oaktree Medical Centre, PC__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Pain Management Associates of North Carolina, P.C.**    Case number (if known) _____

Name

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Donna Rauch** | ☑ Contingent | |
| | **c/o Rothstein Law Firm, PA** | ☑ Unliquidated | |
| | **David Rothstein** | ☑ Disputed | |
| | **1312 Augusta St** | | |
| | **Greenville, SC 29605** | Basis for the claim:  **Potential Debt Litigation** | |
| | Date(s) debt was incurred _ | **Raugh v. Oaktree Medical Centre, PC** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$425.36** |
|---|---|---|---|
| | **Duke Energy Progress** | ☐ Contingent | |
| | **PO Box 1003** | ☑ Unliquidated | |
| | **Charlotte, NC 28201-1003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential Debt- Utilities** | |
| | Last 4 digits of account number  **4782** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,314.51** |
|---|---|---|---|
| | **Easley Comb Utilities-64622001-BC-ES EF** | ☐ Contingent | |
| | **PO Box 619** | ☑ Unliquidated | |
| | **Easley, SC 29641-0619** | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim:  **Potential Debt- Utilities** | |
| | Last 4 digits of account number  **2001** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,019.16** |
|---|---|---|---|
| | **Eclinical Works, LLC** | ☐ Contingent | |
| | **PO Box 847950** | ☑ Unliquidated | |
| | **Boston, MA 02284-7950** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential Debt- Trade Payables** | |
| | Last 4 digits of account number  **4142** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.35** |
|---|---|---|---|
| | **Electric City Utilities CC** | ☐ Contingent | |
| | **City of Anderson** | ☑ Unliquidated | |
| | **PO Box 63061** | ☐ Disputed | |
| | **Charlotte, NC 28263** | | |
| | Date(s) debt was incurred  **Various** | Basis for the claim:  **Potential Debt- Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,591.00** |
|---|---|---|---|
| | **Electrode Store, The** | ☐ Contingent | |
| | **PO Box 188** | ☑ Unliquidated | |
| | **Enumclaw, WA 98022** | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim:  **Potential Debt- Trade Payables** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,545.16** |
|---|---|---|---|
| | **Elliot Davis Decosimo, LLC** | ☐ Contingent | |
| | **PO Box 6286** | ☑ Unliquidated | |
| | **Greenville, SC 29606-6286** | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim:  **Potential Debt- Accounting Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Pain Management Associates of North Carolina, P.C.**                Case number (if known) _____

Name

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.50 |
|---|---|---|---|

**Employment Screening Services, LLC**
Dept K, PO Box 830520
Birmingham, AL 35283

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  _**

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Employment Security Commission**
2301 West Meadowview Road
Greensboro, NC 27407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Ever Green Enviromental, LLC**
PO Box 25627
Greenville, SC 29616

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  _**

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,768.75 |
|---|---|---|---|

**Fagron Sterile Services (JCB)**
8710 E 34th St. N
Wichita, KS 67226

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  _**

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.00 |
|---|---|---|---|

**Fibrenew**
117 Boardwalk Run
Rock Hill, SC 29732

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  _**

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**First Citizens Bank & Trust Company**
Attn: Natasha Drews
PO Box 29
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

Basis for the claim:  **Potential Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,778.19 |
|---|---|---|---|

**First Citizens Bank-Visa**
PO Box 63038
Charlotte, NC 28263-3038

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  _**

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,679.98 |
| --- | --- | --- |
| **Fisher Scientific** | ☐ Contingent | |
| **Account #038451-001** | ■ Unliquidated | |
| **PO Box 404705** | ☐ Disputed | |
| **Atlanta, GA 30384-4705** | | |
| Date(s) debt was incurred **Various** | Basis for the claim: **Potential Debt- Trade Payables** | |
| Last 4 digits of account number **8451** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.87 |
| --- | --- | --- |
| **Forethought** | ☐ Contingent | |
| **PO Box 16500** | ■ Unliquidated | |
| **Clearwater, FL 33766-6500** | ☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: **Potential Debt- Patient Refund** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| **Forgione** | ■ Contingent | |
| **c/o David Gould** | ■ Unliquidated | |
| **Dash & Assocs., Attn: Molly Rowan** | ■ Disputed | |
| **One Liberty Plaza, 165 Broadway, FL. 23** | | |
| **New York, NY 10006** | Basis for the claim: **Potential Debt Litigation** | |
| Date(s) debt was incurred | **Forgione Patient Complaint** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,626.73 |
| --- | --- | --- |
| **G-Five, Inc.** | ☐ Contingent | |
| **297-H Garlington Rd** | ☐ Unliquidated | |
| **Greenville, SC 29615** | ☐ Disputed | |
| Date(s) debt was incurred | Basis for the claim: **Potential Debt- Trade Payables** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.87 |
| --- | --- | --- |
| **Garfield Signs & Graphics, LLC** | ☐ Contingent | |
| **203 Ford Street** | ☐ Unliquidated | |
| **Greer, SC 29650** | ☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: **Potential Debt- Trade Payables** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $727,931.70 |
| --- | --- | --- |
| **GE Healthcare IITS USA Corp** | ☐ Contingent | |
| **15724 Collections Center Drive** | ■ Unliquidated | |
| **Chicago, IL 60693** | ■ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: **Potential Debt- Trade Payables** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,943.55 |
| --- | --- | --- |
| **GE Healthcare-Chicago** | ☐ Contingent | |
| **Software & Training** | ■ Unliquidated | |
| **c/o OEC Medical Systems Inc** | ■ Disputed | |
| **2984 Collections Center Dr** | | |
| **Chicago, IL 60693** | Basis for the claim: **Potential Debt- Trade Payables** | |
| Date(s) debt was incurred **Various** | | |
| Last 4 digits of account number **5403** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.99 |
| --- | --- | --- | --- |

GEHA
PO Box 410014
Kansas City, MO 64179-9775

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Potential Debt- Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Georgetown Physician Services LLC**
c/o Nelson Mullins Riley & Scarborough
Susan P Macdonald
PO Box 3939
Myrtle Beach, SC 29578

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Potential Debt
Litigation
Georgetown Physicians Services v. Snoderly**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,460.00 |
| --- | --- | --- | --- |

**Great Heron - W Columbia EFT**
Frank Hahne
208 Barnacle Circle
Lexington, SC 29072

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Potential Debt- Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,952.25 |
| --- | --- | --- | --- |

**Greenville Office Supply (GOS)**
PO Box 3358
Greenville, SC 29602

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $247.55 |
| --- | --- | --- | --- |

**Greenville Water**
PO Box 687
Greenville, SC 29602-0687

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Potential Debt- Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,047.42 |
| --- | --- | --- | --- |

**Grove 1005 - Grove Rd Greenville**
25 Airpark Court
Greenville, SC 29607

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Potential Debt- Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,906.09 |
| --- | --- | --- | --- |

**Halyard Sales, LLC (Avanos)**
PO Box 732583
Dallas, TX 75373-2583

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Pain Management Associates of North Carolina, P.C.**                    Case number (*if known*) _____
   <sub>Name</sub>

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**
---|---|---|---

**Hatchell Landscape-FLO**
**PO Box 5320**
**Florence, SC 29502**

Date(s) debt was incurred  **Various**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,930.06**

**Henry Schein- 4636 - EFT**
**PO Box 371952**
**Pittsburgh, PA 15250**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **4636**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,377.66**

**Highland Center Drive- Columbia**
**c/o Trinity Partners Management - AR**
**440 S Church St, Ste 800**
**Charlotte, NC 28202**

Date(s) debt was incurred  **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.79**

**Humana Gold Choice**
**PO Box 14601**
**Lexington, KY 40512-4601**

Date(s) debt was incurred  **Various**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,083,590.00**

**Huron Consulting Services, LLC**
**4795 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,865.40**

**IMCS Integrated Micro-Chromatography Sys**
**110 Centrum Drive**
**Irmo, SC 29063**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,319.70**

**Immedion, LLC**
**PO Box 745116**
**Atlanta, GA 30374-5116**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pain Management Associates of North Carolina, P.C.**    Case number (if known) _____

Name

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274,076.00 |
|---|---|---|---|

**Infinity Enterprises-Florence**
**c/o Dr Dean Banks**
**9303 Venezia Circle**
**Myrtle Beach, SC 29579**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Integra Pain Management**
**PO Box 100416**
**Atlanta, GA 30384**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|

**ION Technology Support, Inc.**
**1204 Copeland Oaks Drive**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.04 |
|---|---|---|---|

**Iron Mountain- SC77X**
**PO Box 27128**
**New York, NY 10087-7128**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.02 |
|---|---|---|---|

**Iron Mountain- SR995-Storage**
**PO Box 27128**
**New York, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Earle's Cleaning Services (1099)**
**PO Box 251**
**Sandy Springs, SC 29677**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.56 |
|---|---|---|---|

**JANT Pharmacal**
**16530 Ventura Blvd, Suite 512**
**Encino, CA 91436**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $749.73 |
|---|---|---|---|

**Johnson Controls Security Solutions**
PO Box 371967
Pittsburgh, PA 15250-7967

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,867,873.44 |
|---|---|---|---|

**Jones Day**
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Konig PM LLC**
c/o Dunlaevy Law Firm
Jeffrey P Dunlaevy
37 Villa Rd., Ste. 440
Greenville, SC 29615

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Litgation
Leche vs. EmergencyMC LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,453.58 |
|---|---|---|---|

**Kudzu Staffing, Inc.**
PO Box 51627
Powdersville, SC 29673

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,931.86 |
|---|---|---|---|

**Labtech Diagnostics**
1502 E Greenville Street
Anderson, SC 29621

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,340.00 |
|---|---|---|---|

**Lipomed**
150 Cambridge Park Drive, Suite 705
Cambridge, MA 02140

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lucious Dana Sapp**
c/o Parham Smith & Archenhold, LLC
Ashlee Edwards Winkler
15 Washington Park
Greenville, SC 29601

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Litgation
Sapp vs. Firstchoice Healthcare, PC**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Pain Management Associates of North Carolina, P.C.**          Case number (if known) _____

Name

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,106.00 |
|---|---|---|---|

**Lutheran Services-Arden, NC**
**Attn: Kirby Nickerson**
**PO Box 947**
**Silverstreet, SC 29145**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential Debt- Rent_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,138.00 |
|---|---|---|---|

**Mag Mutual Insurance Agency, LLC**
**PO Box 52979**
**Atlanta, GA 30355-0979**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential Debt- Trade Payables_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.64 |
|---|---|---|---|

**Magnacare**
**PO Box 1001**
**Garden City, NY 11530**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential Debt- Customer Credit Balance_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.13 |
|---|---|---|---|

**Marion Davis Inc.**
**PO Box 2429**
**Easley, SC 29641-2429**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential Debt- Trade Payables_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marlene Sapp**
**c/o Parham Smith & Archenhold, LLC**
**Ashlee Edwards Winkler**
**15 Washington Park**
**Greenville, SC 29601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential Debt- Litgation_
_Sapp vs. First Choice Healthcare, PC_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,533.68 |
|---|---|---|---|

**Mary Black Health- Spartaburg**
**SRHS- Accounting**
**Attn: Dana Horton**
**Spartanburg, SC 29303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,725.00 |
|---|---|---|---|

**McGuireWoods, LLP**
**Attn: Account Receivable**
**800 E. Canal**
**Richmond, VA 23219-3916**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential Debt- Legal Services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$847.91** |
| --- | --- | --- |
| **Mckesson Medical- Surgical**<br>PO Box 634404<br>Cincinnati, OH 45263-4404 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **6784** | Basis for the claim:  **Potential Debt- Trade Payables** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,942.50** |
| --- | --- | --- |
| **Medical Laborator Solutions, Inc.**<br>270 Rutledge Rd., Ste D<br>Fletcher, NC 28732 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Debt- Trade Payables** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276.77** |
| --- | --- | --- |
| **Mediplus**<br>PO Box 9126<br>Des Moines, IA 50306 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Debt- Customer Credit Balance** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,335.36** |
| --- | --- | --- |
| **Medtronic Inc., USA**<br>PO Box 409201<br>Atlanta, GA 30384-9201 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Debt- Trade Payables** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
| --- | --- | --- |
| **MP Computer Systems Inc.**<br>PO Box 5752<br>Florence, SC 29502 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Debt- Trade Payables** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$306.58** |
| --- | --- | --- |
| **MSA CAre Guard**<br>PO Box 827<br>Burlington, MA 01803 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Debt- Patient Refund** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- |
| **Muriel Calhoun**<br>c/o Bluestein Thompson Sullivan LLC<br>Allison Paige Sullivan<br>PO Box 7965<br>Columbia, SC 29202 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential Debt- Litigation**<br>**United States vs. Oaktree Medical Centre, PC** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **Muriel Calhoun** | ■ Contingent |
| | **c/o Bluestein Thompson Sullivan LLC** | ■ Unliquidated |
| | **Allison Paige Sullivan** | ■ Disputed |
| | **PO Box 7965** | |
| | **Columbia, SC 29202** | |
| | | **Basis for the claim:  Potential Debt- Litgation** |
| | Date(s) debt was incurred _ | **United States vs. Oaktree Medical Centre, PC** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,920.00** |
| | **My Web Ninja LLC** | ☐ Contingent |
| | **400 W Legion Blvd.** | ■ Unliquidated |
| | **Owensboro, KY 42303** | ☐ Disputed |
| | | **Basis for the claim:  Potential Debt- Trade Payables** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$166.06** |
| | **NALC- CIGNA** | ☐ Contingent |
| | **PO Box 188004** | ■ Unliquidated |
| | **Chattanooga, TN 37422** | ☐ Disputed |
| | | **Basis for the claim:  Potential Debt- Customer Credit Balance** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$7,507.50** |
| | **Nelson Mullins Riley&Scarborough LLP EFT** | ☐ Contingent |
| | **104 South Main Street** | ■ Unliquidated |
| | **Ninth Floor** | ☐ Disputed |
| | **Greenville, SC 29601** | |
| | | **Basis for the claim:  Potential Debt- Legal Services** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **Norma Lee Wilson** | ■ Contingent |
| | **c/o George Brown** | ■ Unliquidated |
| | **Lowe Yeager & Brown PLCC** | ■ Disputed |
| | **900 S. Gay St., Ste. 2102** | |
| | **Knoxville, TN 37902** | **Basis for the claim:  Potential Debt- Litgation** |
| | Date(s) debt was incurred _ | **Wilson vs. Lowe** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$22,579.09** |
| | **Ogletree Deakins** | ☐ Contingent |
| | **PO Box 89** | ■ Unliquidated |
| | **Columbia, SC 29202** | ☐ Disputed |
| | | **Basis for the claim:  Potential Debt- Legal Services** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$6,124.80** |
| | **OTIS Elevator Company** | ☐ Contingent |
| | **PO Box 73579** | ■ Unliquidated |
| | **Chicago, IL 60673** | ☐ Disputed |
| | | **Basis for the claim:  Potential Debt- Trade Payables** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,722.31**

**Palmetto GBA/Medicare-SC**
**Finance & Accounting**
**PO Box 100246**
**Columbia, SC 29202-3280**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Patient Refund**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$549.16**

**PERMA**
**PO Box 183188**
**Columbus, OH 43218**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Patient Refund**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,943.34**

**Phenomenex**
**411 Madrid Avenue**
**Torrance, CA 90501-1430**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,302.72**

**Pioneer credit Recovery**
**PO Box 979113**
**Saint Louis, MO 63197-9000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Patient Refund**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,131.26**

**Platinum Code**
**8095 215th Street W**
**Lakeville, MN 55044**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.91**

**Plumbers and Pipefitters**
**PO Box 840**
**Montgomery, AL 36120-2000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Customer Credit Balance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.86**

**PMD- Lakeside**
**209 Depot Street, Suite B**
**Greer, SC 29651**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.121** | Nonpriority creditor's name and mailing address
POMCO
PO BOx 118
Syracuse, NY 13206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Debt- Customer Credit Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$8.73**

---

**3.122** | Nonpriority creditor's name and mailing address
Premium Funding Associates, Inc.
1 World Financial Center
200 Liberty Street
New York, NY 10281

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$65,000.00**

---

**3.123** | Nonpriority creditor's name and mailing address
Printtek
57 Batesville Court
Greer, SC 29650

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential Debt- Trade Payables

Is the claim subject to offset? ■ No  ☐ Yes

**$723.74**

---

**3.124** | Nonpriority creditor's name and mailing address
Purchase Power-0962-0380-Corp EFT
PO Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Debt- Trade Payables

Is the claim subject to offset? ■ No  ☐ Yes

**$8,787.28**

---

**3.125** | Nonpriority creditor's name and mailing address
Pye-Barker Fire and Safety LLC
PO Box 69
Roswell, GA 30077

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Debt- Trade Payables

Is the claim subject to offset? ■ No  ☐ Yes

**$117.70**

---

**3.126** | Nonpriority creditor's name and mailing address
Qualcare, Inc.
PO Box 249
Piscataway, NJ 08855-0241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Debt- Customer Credit Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$0.13**

---

**3.127** | Nonpriority creditor's name and mailing address
Quartzy, Inc.
Dept 3895
PO Box 123895
Dallas, TX 75312-3895

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Potential Debt- Trade Payables

Is the claim subject to offset? ■ No  ☐ Yes

**$1,231.32**

---

Debtor    **Pain Management Associates of North Carolina, P.C.**    Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$181.27** |

**ReadyRedresh by Nestle**
**PO Box 856192**
**Louisville, KY 40285-6192**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$75.00** |

**Reflections Maintenance Services, Inc.**
**PO Box 2105**
**Leicester, NC 28748**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$477.73** |

**Registered Agent Solutions Inc.**
**1701 Directors Blvd, Suite 300**
**Austin, TX 78744**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$25,000.00** |

**RMG-Osteoarthritis Centers of Amer**
**Osteoarthritis Centers of America**
**1937 West Palmetto St.**
**Florence, SC 29501**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**Robert Mathewson**
**c/o Louthian Law Firm, PA**
**Herbert W. Louthian, Jr.**
**PO Box 1299**
**Columbia, SC 29202**
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,650.00** |

**Roberts Development-Anderson**
**PO Box 393**
**Anderson, SC 29622**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$138,874.39** |

**Robinson Bradshaw & Hinson, PA**
**101 N Tryon Street, Suite 1900**
**Charlotte, NC 28246**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

**Rojas Landscaping, LLC (1099)**
**228 Old Cedar Rock Rd.**
**Easley, SC 29640**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,526.57 |
|---|---|---|---|

**Safety-Klenn Systems, Inc.**
**PO Box 650509**
**Dallas, TX 75265-0509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $772.11 |
|---|---|---|---|

**Santee Cooper-393782 EFT**
**PO Box 188**
**Moncks Corner, SC 29461-0188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Debt- Utilites**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**SC Department of Health & Environmental**
**PO Box 100103**
**Columbia, SC 29202-3103**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Scrub SHop, The**
**1000 N Pine St. #4**
**Spartanburg, SC 29303**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $437.00 |
|---|---|---|---|

**SE Construction, LLC**
**PO Box 428**
**Piedmont, SC 29673**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Security Central**
**PO Box 602371**
**Charlotte, NC 28260-2371**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,112.00**

**Select Laboratory- SC**
PO Box 13030
Greensboro, NC 27415

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,423.38**

**SFM Risk Soulutions**
PO Box 9416
Minneapolis, MN 55440

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,335.80**

**Shaul Law**
3330 Chumberland Blvd SE
Suite 925
Atlanta, GA 30339

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00**

**Shred A Way- 25H-ARD**
PO Box 161732
Boiling Springs, SC 29316

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,986.86**

**Smith Jordan & Lavery PA 16-0329E**
PO Box 1207
Easley, SC 29641

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.32**

**Smith, Jordan & Levery, PA**
Attn: Grady Jordan
PO Box 1207
Easley, SC 29641

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.57**

**Southern Guanty Inc. Company**
PO BOx 14770
Lexington, KY 40512-4000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.149** | Nonpriority creditor's name and mailing address

**Special Funds**
60 E 42nd St.
New York, NY 10165-2799

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,371.78**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address

**Spectrio**
PO Box 890271
Charlotte, NC 28289-0271

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$157.35**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address

**Spectrum Business**
PO Box 742614
Cincinnati, OH 45274-2614

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$5,153.65**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address

**Stanford Dosimetry, LLC**
1204 Raymond St
Bellingham, WA 98229

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$108.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address

**Staples Business Advantage**
P.O. Box 105638
Atlanta, GA 30348-5638

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$180.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address

**State of Georgis EX REL Terri Nix**
c/o Officer of the Attorney General
Sara E. Vann-Georgia Medicaid Frud Unit
200 Piedmont Ave. SE West Tower, FL 19
Atlanta, GA 30334

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Debt- Litgation
United States vs. United Biologics, LLC d/b/a United Allergy Services
f/k/a United Alergy Labs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address

**Stephanie Webb**
c/o Richardson Plowden & Robinson, PA
C Clifford Rollins
PO Box 7788
Columbia, SC 29202

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Litigation
Webb vs. Oaktree Medical Centre, PC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.156** | Nonpriority creditor's name and mailing address
**Stericycle, Inc.**
**PO Box 6582**
**Carol Stream, IL 60197-6582**

Date(s) debt was incurred _
Last 4 digits of account number  **0165**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,490.69**

---

**3.157** | Nonpriority creditor's name and mailing address
**Stericycle, Inc.**
**PO Box 6582**
**Carol Stream, IL 60197-6582**

Date(s) debt was incurred _
Last 4 digits of account number  **0496**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

**$197.38**

---

**3.158** | Nonpriority creditor's name and mailing address
**Stone's Pest Services, LLC**
**PO Box 13443**
**Florence, SC 29504**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

**$170.00**

---

**3.159** | Nonpriority creditor's name and mailing address
**Stryker Sales Corp (Cactus)**
**PO Box 70119**
**Chicago, IL 60673-0119**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,828.41**

---

**3.160** | Nonpriority creditor's name and mailing address
**Terri Nix**
**c/o Bracker & Marcus LLC**
**Jason Marcus**
**3225 Shallowford Rd., Ste. 1120**
**Marietta, GA 30062**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential Debt- Litigation**
**United States vs. United Biologics, LLC d/b/a United Allergy Services**
**f/k/a United Alergy Labs**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.161** | Nonpriority creditor's name and mailing address
**The Benefit Company**
**PO Box 211486**
**Columbia, SC 29221**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Trade Payables**

Is the claim subject to offset? ☑ No ☐ Yes

**$292.75**

---

**3.162** | Nonpriority creditor's name and mailing address
**Thrivent**
**PO Box 14057**
**Clearwater, FL 33766**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

**$400.86**

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,989.13 |
|---|---|---|---|

**Total Medical Equipment Sales, Inc.**
Kyle Blackwell
3000 Old Alabama Rd 119-110
Alpharetta, GA 30022

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.23 |
|---|---|---|---|

**Town of Waynesville CC**
9 S Main Street, Suite 110
Waynesville, NC 28786

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tracy Hawkins**
c/o Kassel Mcvey
John D. Kassel
PO Box 1476
Columbia, SC 29202

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Litigation
United States vs. Oaktree Medical Centre, PC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,313.75 |
|---|---|---|---|

**TRansmed Co, LLC**
**Drug Testing & Laboratory Supplies**
1595 Peachtree Pkwy, Suite 204-350
Cumming, GA 30041

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.15 |
|---|---|---|---|

**Travelers Ins Property Casualty**
PO Box 4614
Buffalo, NY 14240

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Patient Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $979.50 |
|---|---|---|---|

**Uline**
Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $574.93 |
|---|---|---|---|

**Uniform Advantage**
Attn: Accounts Receivable
PO Box 14190
Fort Lauderdale, FL 33302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential Debt- Trade Payables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
| --- | --- | --- | --- |

**Upstate Exterminating & Pest Cntrol Inc**
**324 Our Road**
**Pickens, SC 29671**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,530.00** |
| --- | --- | --- | --- |

**US Compounding**
**1270 Don's Lane**
**Conway, AR 72032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Trade Payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**US of America Ex REL Donna Rauch**
**c/o Office of the US Attorneys**
**Muriel Calhoun & brandy Knight**
**1441 Main Street, Suite 500**
**Columbia, SC 29201**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential Debt- Litgation**
**United States vs. Oaktree Medical Centre, OC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**US of America Ex REL Robert Mathewson**
**c/o Office of the US Attorneys**
**Elizabeth C. Warren**
**1441 Main Street, Suite 500**
**Columbia, SC 29201**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential Debt- Litgation**
**United States vs. Oaktree Medical Centre, PC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**US of America Ex REL Terri Nix**
**c/o Office of the US Attorneys-ATL600**
**Neel Ben-David,Northen District of GA**
**600 U S Courthouse, 75 TED Turner DR SW**
**Atlanta, GA 30303**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential Debt- Litgation**
**United States vs. United Biologics, LLC d/b/a United Allergy Services**
**f/k/a United Alergy Labs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**US of America Ex REL Tracy Hawkins**
**c/o Office of the US Attorneys**
**Elizabeth C. Warren**
**1441 Main Street, Suite 500**
**Columbia, SC 29201**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential Debt- Litgation**
**United States vs. Oaktree Medical Centre, PC**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
| | Name | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.60 |

**Waste Management**
PO Box 4648
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Utilites**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.33 |

**WC Bunch & Associates**
PO Box 32037
Lakeland, FL 33807-2002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.46 |

**WC State of Connecticut**
55 Elm St
Hartford, CT 06106-1746

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Cutomer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $751.86 |

**WCO Broadspire/Medcor-WCO**
PO Box 14645
Lexington, KY 40512

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |

**WCO Connecticut Interlocal Risk Manageme**
PO Box 9558
New Haven, CT 06535-0558

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,071.59 |

**WCO Gallagher Bassett Services**
PO BOx 2831
Clinton, IA 52733-2801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.68 |

**WCO Medivest**
2100 Alafaya Trl
Oviedo, FL 32765

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Potential Debt- Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Wesley Janitorial Service LLC**
**PO Box 3553**
**Columbia, SC 29230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Potential Debt- Trade Payables_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$393.46** |
|---|---|---|---|

**Windstream-1517 EFT**
**PO Box 9001950**
**Louisville, KY 40290-1950**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Potential Debt- Utilities_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**X-Ray Compliance Soulution, LLC**
**2080 Owens Rd**
**Leesville, SC 29070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Potential Debt- Trade Payables_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**XACT Data Discovery**
**DBA XACT Data Discovery**
**5800 Foxridge Dr, Ste 406**
**Mission, KS 66202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Potential Debt- Trade Payables_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**York X-Ray- M498-Anderson**
**PO Box 326**
**Lyman, SC 29365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Potential Debt- Trade Payables_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,554.48** |
|---|---|---|---|

**York X-Ray- M568 WEst Columbia**
**PO Box 326**
**Lyman, SC 29365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Potential Debt- Trade Payables_

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Imaging Solutions Healthcare, LLC**<br>**Anderson, Bottrell, Sanden & Thompson**<br>**c/o Michael J Hofer**<br>**5257 27th St S, Ste. 101**<br>**Fargo, ND 58104** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Imaging Solutions Healthcare, LLC**<br>**c/oAnderson, Bottrell, Sanden & Thompson**<br>**David J Hauff**<br>**PO Box 10247**<br>**Fargo, ND 58104** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Imaging Solutions Healthcare, LLC**<br>**Anderson, Bottrell, Sanden & Thompson**<br>**c/o Michael J Hofer**<br>**5257 27th St S, Ste. 101**<br>**Fargo, ND 58104** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Imaging Solutions Healthcare, LLC**<br>**c/oAnderson, Bottrell, Sanden & Thompson**<br>**David J Hauff**<br>**PO Box 10247**<br>**Fargo, ND 58104** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Konig PM LLC**<br>**c/o Blake Leche**<br>**109 Waverly Hall LN**<br>**Simpsonville, SC 29681** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,470.24 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,667,297.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,668,768.07 |

Fill in this information to identify the case:

Debtor name **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **SC- Healthcare claims payments**<br><br>State the term remaining **4 months**<br><br>List the contract number of any government contract | **AARP- (united Healthcare) Medicare**<br>**107 Westpark Blvd., Suite 110**<br>**Columbia, SC 29210** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest: **SC-Healthcare claims payments**<br><br>State the term remaining **11 months**<br><br>List the contract number of any government contract | **Absolute Total Care**<br>**1441 Main Street #900**<br>**Columbia, SC 29201** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest: **Workers Compensation Insurance Policy**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract | **Accident Fund (Workers Compensation)**<br>**Insurance Company of America**<br>**P.O. Box 489017990**<br>**Lansing, MI 48901** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest: **Securoty Monitoring**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract | **ADT**<br>**PO Box 371878**<br>**Pittsburgh, PA 15250-7878** |

| Debtor 1 | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* |
|---|---|---|
| | First Name        Middle Name        Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **NC-Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Aetna**<br>**5000 Centre Green Way, Suite 350**<br>**Cary, NC 27513** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Oxygen Cylinder Rentals** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Airgas USA, LLC**<br>**PO Box 734672**<br>**Dallas, TX 75373** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Fax Services** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Alhambra US**<br>**8 Governor Wentworh Hwy**<br>**Wolfeboro, NH 03894** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Software Contract and Online Banking Addendum to Master Purchase Agreement and** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Allscripts LLC**<br>**24630 Network Place**<br>**Chicago, IL 60673-1246** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Beneefits Contracts** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Ameritas Life Insurance Corp-Dental**<br>**PO Box 81889**<br>**Lincoln, NE 68501-1889** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Answering Services Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Answerprocommunications, LLC**<br>**PO Box 890340**<br>**Charlotte, NC 28289-0340** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Pain Management Associates of North Carolina, P.C.**     Case number *(if known)* _____

First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Consulting Contract** | |
| | State the term remaining | **Unknown** | **Asbury Med-Sure, LLC (Roger Yapp)** |
| | List the contract number of any government contract _____ | | **1560 Asbury Ave** **Winnetka, IL 60093** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **EMR and Billing System** | |
| | State the term remaining | **Unknown** | **Athenahealth** |
| | List the contract number of any government contract _____ | | **311 Arsenal Street** **Watertown, MA 02472** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **NC- Healthcare Claims Payments** | |
| | State the term remaining | **Unknown** | **Blue Cross Blue Shield of NC (Medicare)** |
| | List the contract number of any government contract _____ | | **4615 University Drive** **Durham, NC 27702** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **NC- Healthcare Claims Payments** | |
| | State the term remaining | **Unknown** | **Blue Cross Blue Shield of North Carolina** **Attn: Vice Pres. Network Management** |
| | List the contract number of any government contract _____ | | **P.O. Box 2291** **Durham, NC 27702** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **SC- Healthcare Claims Payments** | |
| | State the term remaining | **2 months** | **BlueChoice Health of South Carolina** |
| | List the contract number of any government contract _____ | | **1-20 at Alpine Road** **Mail Code: AX-E13** **Columbia, SC 29219** |

Debtor 1    **Pain Management Associates of North Carolina, P.C.**                    Case number (*if known*) _____
_____
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Physician Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ChoiceCare Network** **Attn: President** **P.O. Box 19013** **Green Bay, WI 54307** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **SC- Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **CIGNA Healthcare of South Carolina, Inc.** **Attn: Director of Provider** **400 Faber Place, 2nd Floor** **North Charleston, SC 29405-8583** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **05/31/2019** | **CIGNA HealthSpring** **Attn: Assoc. Cheif Counsel** **2900 N. loop West, Suite 1300** **Houston, TX 77092** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **City of Asheville Water** **P.O. 733** **Asheville, NC 28802-0733** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement Excess Liability0 EPP-100004** | |
|---|---|---|---|
| | State the term remaining | **01/09/2020** | **Crum and Forster Insurance Company** **c/o Willis of North Carolina, Inc.** **29754 Network Place** **Chicago, IL 60673** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Crystal Springs** **P.O. Box 660579** **Dallas, TX 75266-0579** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____
    First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest **Insurance Contract Wind Hal Policy** | |
| State the term remaining **08/06/2020** | |
| List the contract number of any government contract | **CSP Insurance Services** **2420 Hoffmeyer Rd  Suite D** **Florence, SC 29501** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest **Utilities Contract** | |
| State the term remaining **Unknown** | |
| List the contract number of any government contract | **Duke Energy** **PO Box 70516** **Charlotte, NC 28272** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest **Computer and Phone Services** | |
| State the term remaining **Unknown** | |
| List the contract number of any government contract | **Dynamic Quest/Enroute** **3775 Rosewell Rd  Suite 350** **Marietta, GA 30062** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest **Billing/Client Software** | |
| State the term remaining **Unknown** | |
| List the contract number of any government contract | **eClinical Works, LLC** **PO Box 847950** **Boston, MA 02284-7950** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest **Billing Softwear/ Subscriotion Contract** | |
| State the term remaining **Unknown** | |
| List the contract number of any government contract | **Experian Health, Inc.** **PO Box 886133** **Los Angeles, CA 90088-6133** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest **Offsite Storage Contract** | **Extra Storage Space** **104 La Von Ln** **Easley, SC 29642** |

Debtor 1   **Pain Management Associates of North Carolina, P.C.**                Case number *(if known)* _____

First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract   _____ | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement- Medical Doctor (MD)** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Felix Muniz** |
| | List the contract number of any government contract   _____ | | **1015 Nutt Street, Apt 334** **Wilmington, NC 28401** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Banking Agreements-ETC** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **First Citizens Bank & Trust Company** |
| | List the contract number of any government contract   _____ | | **Attn: Natasha Drews** **PO Box 29** **Columbia, SC 29202** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Contracts** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **G-Five, Inc.** |
| | List the contract number of any government contract   _____ | | **297-H Garlington Rd** **Greenville, SC 29615** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Billing Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GE Healthcare, Inc.** |
| | List the contract number of any government contract   _____ | | **PO Box 640200** **Pittsburgh, PA 15264-0200** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Granada Neil** |
| | List the contract number of any government contract   _____ | | **1399 Ashleybrook Lane, Suite 100** **Winston Salem, NC 27103** |

Debtor 1   **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____

     First Name               Middle Name              Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Professional and Ancillary Provider Agreement- Tricare Program** | |
| | State the term remaining | | **Health Net Federal Services, LLC**<br>**514 Butler Farm Road**<br>**VA 23660** |
| | List the contract number of any government contract | _____ | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Business Crime Policy UC2228398219** | |
| | State the term remaining | **01/09/2020** | **Hiscox Inc**<br>**c/o Willis of North Carolina, Inc.**<br>**29754 Network Place**<br>**Chicago, IL 60673** |
| | List the contract number of any government contract | | |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **NC- Healthcare Claims Payments** | |
| | State the term remaining | **Unknown** | **Human Goverment Business (Tricare)**<br>**Attn: Netwoek Development Dept.**<br>**305 N. Hurstbourne Parkway, 2B**<br>**Louisville, KY 40222** |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **SC- Healthcare Claims Payments** | |
| | State the term remaining | **1 month** | **Humana ChoiceCare (Medicare)**<br>**Attn: Network Development**<br>**900 Ashwood Parkway, Suite 500**<br>**Atlanta, GA 30338** |
| | List the contract number of any government contract | _____ | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **NC- Healthcare Claims Payments** | |
| | State the term remaining | **Unknown** | **Humana- Choice Care Network**<br>**Attn: President**<br>**P.O. Box 19013**<br>**Green Bay, WI 54307** |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant Contract- Financial Advisory** | |
| | State the term remaining | **Unknown** | **Huron Consulting Services, LLC**<br>**4795 Paysphere Circle**<br>**Chicago, IL 60674** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____

    First Name             Middle Name             Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|        government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Email Hosting Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Immedion, LLC**<br>**PO Box 745116**<br>**Atlanta, GA 30374-5116** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ION Technology Support, Inc.**<br>**1204 Copeland Oaks Drive**<br>**Morrisville, NC 27560** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Paperwork Storage Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Iron Mountain**<br>**PO Box 27128**<br>**New York, NY 10087-7128** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic and Provider Medical Malpractice Insurance** | |
|---|---|---|---|
| | State the term remaining | **Expires: 08/01/2020** | **Ironshore Insurance Limited**<br>**175 Powder Forest Dr**<br>**Weatogue, CT 06089** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement- Nurse Practitioner** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Kathy Motes**<br>**260 Ballantyne Common Circle  Apt 204**<br>**Hendersonville, NC 28792** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Exective Risk Package Policy LHP677660** | **Landmark American Insurance Company**<br>**c/o Willis of North Carolina, Inc.**<br>**29754 Network Place**<br>**Chicago, IL 60673-1297** |
|---|---|---|---|

Debtor 1  **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____
　　　　 First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　　**Expires: 01/09/2020** | |
| List the contract number of any government contract _____ | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease** | |
|---|---|---|---|
| | State the term remaining | **01/21/2021** | **Lutheran Services-Arden, NC** |
| | List the contract number of any government contract _____ | | **Attn: Kirby Nickerson** **P.O. Box 947** **Salisbury, NC 28145** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **NC-Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MedCost** |
| | List the contract number of any government contract _____ | | **165 Kimel Park Drive** **Winston Salem, NC 27103** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **SC- Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **Termed** | **Medicaid (NC)** |
| | List the contract number of any government contract _____ | | **Attn: Lisa Corbett General Counsel** **2501 Mail Servicve Center** **Raleigh, NC 27699** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Merchant Credit Card Processing** |
| | List the contract number of any government contract _____ | | **PO Box 6600** **Hagerstown, MD 21741-6600** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **SC-Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Molina Healthcare** |
| | List the contract number of any government contract _____ | | **Attn: Provider Network Department** **P.O. Box 349020** **Columbus, OH 43234** |

Debtor 1    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____
     First Name          Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Website Hosting and Management** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **My Web Ninja LLC**<br>**400 W Legion Blvd.**<br>**Owensboro, KY 42303** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Services Agreement, Management Agreement and Assignable Option Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oaktree Medical Centre, P.C**<br>**P.O. Box 26809**<br>**Greenville, SC 29616** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **NC- Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **Suspended** | |
| | List the contract number of any government contract | | **Palmetto GBA (Medicare)**<br>**17 Technology Circle**<br>**Columbia, SC 29203** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **SC- Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **9 months** | |
| | List the contract number of any government contract | | **Prime Health Service**<br>**7110 Crossroads Blvd., Suite 100**<br>**Brentwood, TN 37027** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **HP/Payroll System Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Propel HR, Inc.**<br>**669 Academy St**<br>**Greenville, SC 29601** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement Physicians Assistant (PA)** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Ryan Groth**<br>**70 Bent Creek Preserve Road**<br>**Asheville, NC 28806** |

Debtor 1    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____
            First Name        Middle Name        Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  _____ | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sandra Cooper Owen** **78 Waynewood Drive** **Waynesville, NC 28786** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **SC- Healthcare Claims Payments** | |
|---|---|---|---|
| | State the term remaining | **11 months** | |
| | List the contract number of any government contract | | **Select Health (SC Medicaid MCO)** **P.O. Box 40849** **Charleston, SC 29423** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Shreeding Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Shred A Way** **PO Box 51132** **Piedmont, SC 29673** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Banking Agreement-ETC** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **South State Bank** **200 East Broad Street, Suite 100** **Greenville, SC 29601** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **Spectrum Business** **PO Box 70872** **Charlotte, NC 28272-0872** |

Debtor 1  **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____

     First Name            Middle Name           Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Private Management Liability H70164180ASP** | |
|---|---|---|---|
| | State the term remaining | **Expires: 01/2/2020** | **Starstone Specialty Insurance Company c/o Willis of North Carolina, Inc. 29754 Network Place Chicago, IL 60673-1297** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Steeplechase Pathology, LLC Attn: Renee Thomas, MD 1905 Carriage House Lane Camden, SC 29020** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Multi Site Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Stericycle PO Box 6582 Carol Stream, IL 60197-6582** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Pest Control Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Terminix Central Accounting Office PO Box 2627 Columbia, SC 29202-2627** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Directorship** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Tim Daileader (Drivetrain) EFT 257 Central Park West Apt 7A New York, NY 10024** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities Contract** | |
|---|---|---|---|
| | State the term remaining | | **Town of Waynesville CC 9 S. Main Street, Suite 110 Waynesville, NC 28786** |
| | List the contract number of any | **Unknown** | |

Debtor 1  **Pain Management Associates of North Carolina, P.C.**                    Case number (if known) _____

    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Manager Agreement Coffey Family Medical** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **Trizetto** |
|  | List the contract number of any government contract |  | **Dept CH 16897** **Palatine, IL 60055-6897** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **TSYS Health Services** |
|  | List the contract number of any government contract |  | **12202 Airport Way, Suite 100** **Broomfield, CO 80021** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Executive Risk Package Policy DOH00746111** |  |
|---|---|---|---|
|  | State the term remaining | **Expires: 01/09/2020** | **Underwriters at Lloyd's London** **c/o Willis of North Carolina, Inc.** |
|  | List the contract number of any government contract |  | **29754 Network Place** **Chicago, IL 60673-1297** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement Excess Liability Policy ANV122398A** |  |
|---|---|---|---|
|  | State the term remaining | **Expires 01/09/2020** | **Underwriters at Lloyd's London** **c/o Willis of North Carolina, Inc.** |
|  | List the contract number of any government contract |  | **29754 Network Place** **Chicago, IL 60673-1297** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **NC- Healthcare Claims Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **United Healthcare** |
|  | List the contract number of any government contract |  | **107 Westpark Blvd., Suite 110** **Columbia, SC 29210** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **SC- Healthcare Claims Payments** | **United Healthcare (Veteran's Affairs)** **780 Shiloh Road** **Plano, TX 75074** |
|---|---|---|---|

Debtor 1    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **10 months** | |
|  | List the contract number of any government contract | _____ | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities Contract- Trash Services** | |
|  | State the term remaining | **Unknown** | **Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** |
|  | List the contract number of any government contract | _____ | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **NC- Healthcare Claims Payments** | |
|  | State the term remaining | **Unknown** | **WellCare of North Carolina**<br>**8735 Henderson Road**<br>**Tampa, FL 33634** |
|  | List the contract number of any government contract | _____ | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Date Extraction Contract Terminated By Balance Due** | |
|  | State the term remaining | **Unknown** | **XACT Data Discovery**<br>**DBA XACT Data Discovery**<br>**5800 Foxridge Dr, Ste 406**<br>**Mission, KS 66202** |
|  | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name      **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Fidus Investment Corporation** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **US Bank Equipment Finance** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Fidus Investment Corporation** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Kathy Motes** | ☐ D  _____<br>■ E/F  __2.4__<br>☐ G  _____ |
| 2.5 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Megan Lancaster** | ☐ D  _____<br>■ E/F  __2.6__<br>☐ G  _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | _____ |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Kelsey Moody** | ☐ D _____ ■ E/F __2.5__ ☐ G _____ |
| 2.7 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Abbott (FKA St. Jude)** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.8 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Accurate Diagnostice** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.9 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **ADT-7420 25 H-ARD-EFT** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.10 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Airgas USA, LLC-2865184** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.11 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Airgas USA, LLC-2900062** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.12 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Alfonso Interpreting & Transporting, Inc** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.13 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Allscripts LLC** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |

Debtor  **Pain Management Associates of North Carolina, P.C.**          Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Asbury Med-Sure, LLC (Roger Yapp)** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.15 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Coverys** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.16 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **CSP Insurance Services** | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.17 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Duke Energy Progress** | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.18 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Eclinical Works, LLC** | ☐ D _____ ■ E/F __3.47__ ☐ G _____ |
| 2.19 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **First Citizens Bank & Trust Company** | ☐ D _____ ■ E/F __3.56__ ☐ G _____ |
| 2.20 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **G-Five, Inc.** | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.21 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Huron Consulting Services, LLC** | ☐ D _____ ■ E/F __3.76__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

---

| | | | |
|---|---|---|---|
| ██ | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Immedion, LLC** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.23 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Iron Mountain-SC77X** | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |
| 2.24 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Kudzu Staffing, Inc.** | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |
| 2.25 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **McGuireWoods, LLP** | ☐ D _____ ■ E/F __3.99__ ☐ G _____ |
| 2.26 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Medical Laborator Solutions, Inc.** | ☐ D _____ ■ E/F __3.101__ ☐ G _____ |
| 2.27 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **My Web Ninja LLC** | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |
| 2.28 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Premium Funding Associates, Inc.** | ☐ D _____ ■ E/F __3.122__ ☐ G _____ |
| 2.29 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Shred A Way-25H-ARD** | ☐ D _____ ■ E/F __3.145__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | _____ |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Spectrum Business** | ☐ D _____<br>■ E/F __3.151__<br>☐ G _____ |
| 2.31 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Stericycle, Inc.** | ☐ D _____<br>■ E/F __3.156__<br>☐ G _____ |
| 2.32 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **The Benefit Company** | ☐ D _____<br>■ E/F __3.161__<br>☐ G _____ |
| 2.33 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Waste Management** | ☐ D _____<br>■ E/F __3.176__<br>☐ G _____ |
| 2.34 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **XACT Data Discovery** | ☐ D _____<br>■ E/F __3.186__<br>☐ G _____ |
| 2.35 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **American Express 1101** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.36 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Aly Elleithee** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.37 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Arnall Golden Gregory LLP- #32386** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Asheville Fire Protection Co., Inc.** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.39 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **BCBS of NC** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.40 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **BHHS John M Brabham Real Estate** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.41 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Bioventus LLC** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.42 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Blake Leche** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.43 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Boon Administrative Services** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.44 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Brandy Knight** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.45 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Bullington Associates, Inc** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

| Additional Page to List More Codebtors |
| --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.46 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Cadwell Laboratories, Inc** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.47 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Caine & Weiner** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.48 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Catherine Thompson- Personal Represent** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.49 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Cerilliant Corporation** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.50 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **City of Asheville Water Bill Acct# 0078** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.51 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **City of Charleston** | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |
| 2.52 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **City of Florence -8471 CC** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.53 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Clia Laboratory Program** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |

Debtor   **Pain Management Associates of North Carolina, P.C.**          Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Clint Pharmaceuticals** | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |
| 2.55 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **CMI, Inc** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.56 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Comast** | ☐ D _____ ■ E/F __3.34__ ☐ G _____ |
| 2.57 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **County of Greenville** | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.58 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Creekridge Capital, LLC** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.59 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Crystal Springs Various** | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.60 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Custom Indoor Services (Cleaning)** | ☐ D _____ ■ E/F __3.40__ ☐ G _____ |
| 2.61 **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Dixon Board, Office of Investigations** | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |

Debtor  **Pain Management Associates of North Carolina, P.C.**      Case number *(if known)* _____

████  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.62  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **POMCO** | ☐ D _____ ■ E/F  **3.121** ☐ G _____ |
| 2.63  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Printtek** | ☐ D _____ ■ E/F  **3.123** ☐ G _____ |
| 2.64  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Dominion Energy** | ☐ D _____ ■ E/F  **3.42** ☐ G _____ |
| 2.65  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Purchase Power-0962-0380-Corp EFT** | ☐ D _____ ■ E/F  **3.124** ☐ G _____ |
| 2.66  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Pye-Barker Fire and Safety LLC** | ☐ D _____ ■ E/F  **3.125** ☐ G _____ |
| 2.67  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Qualcare, Inc.** | ☐ D _____ ■ E/F  **3.126** ☐ G _____ |
| 2.68  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Quartzy, Inc.** | ☐ D _____ ■ E/F  **3.127** ☐ G _____ |
| 2.69  **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **ReadyRedresh by Nestle** | ☐ D _____ ■ E/F  **3.128** ☐ G _____ |

Debtor    **Pain Management Associates of North Carolina, P.C.**     Case number *(if known)* _____

---

■  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.70 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Reflections Maintenance Services, Inc.** |

☐ D _____
■ E/F ___**3.129**___
☐ G _____

| | | |
|---|---|---|
| 2.71 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Registered Agent Solutions Inc.** |

☐ D _____
■ E/F ___**3.130**___
☐ G _____

| | | |
|---|---|---|
| 2.72 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **RMG-Osteoarthritis Centers of Amer** |

☐ D _____
■ E/F ___**3.131**___
☐ G _____

| | | |
|---|---|---|
| 2.73 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Robert Mathewson** |

☐ D _____
■ E/F ___**3.132**___
☐ G _____

| | | |
|---|---|---|
| 2.74 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Roberts Development-Anderson** |

☐ D _____
■ E/F ___**3.133**___
☐ G _____

| | | |
|---|---|---|
| 2.75 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Robinson Bradshaw & Hinson, PA** |

☐ D _____
■ E/F ___**3.134**___
☐ G _____

| | | |
|---|---|---|
| 2.76 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Donna Rauch** |

☐ D _____
■ E/F ___**3.43**___
☐ G _____

| | | |
|---|---|---|
| 2.77 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Rojas Landscaping, LLC (1099)** |

☐ D _____
■ E/F ___**3.135**___
☐ G _____

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.78 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Safety-Klenn Systems, Inc.** | ☐ D _____ ■ E/F   **3.136** ☐ G _____ |
| 2.79 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Donna Rauch** | ☐ D _____ ■ E/F   **3.44** ☐ G _____ |
| 2.80 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Santee Cooper-393782 EFT** | ☐ D _____ ■ E/F   **3.137** ☐ G _____ |
| 2.81 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Scrub SHop, The** | ☐ D _____ ■ E/F   **3.139** ☐ G _____ |
| 2.82 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **SE Construction, LLC** | ☐ D _____ ■ E/F   **3.140** ☐ G _____ |
| 2.83 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Security Central** | ☐ D _____ ■ E/F   **3.141** ☐ G _____ |
| 2.84 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **SFM Risk Soulutions** | ☐ D _____ ■ E/F   **3.143** ☐ G _____ |
| 2.85 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Shaul Law** | ☐ D _____ ■ E/F   **3.144** ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.86 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Smith Jordan & Lavery PA 16-0329E** | ☐ D _____ ■ E/F __3.146__ ☐ G _____ |
| 2.87 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Smith, Jordan & Levery, PA** | ☐ D _____ ■ E/F __3.147__ ☐ G _____ |
| 2.88 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Southern Guanty Inc. Company** | ☐ D _____ ■ E/F __3.148__ ☐ G _____ |
| 2.89 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Special Funds** | ☐ D _____ ■ E/F __3.149__ ☐ G _____ |
| 2.90 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Spectrio** | ☐ D _____ ■ E/F __3.150__ ☐ G _____ |
| 2.91 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Stanford Dosimetry, LLC** | ☐ D _____ ■ E/F __3.152__ ☐ G _____ |
| 2.92 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Easley Comb Utilities-64622001-BC -ES EF** | ☐ D _____ ■ E/F __3.46__ ☐ G _____ |
| 2.93 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Electric City Utilities CC** | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.94 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Electrode Store, The** | ☐ D _____ <br> ■ E/F __3.49__ <br> ☐ G _____ |
| 2.95 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **State of Georgis EX REL Terri Nix** | ☐ D _____ <br> ■ E/F __3.154__ <br> ☐ G _____ |
| 2.96 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Elliot Davis Decosimo, LLC** | ☐ D _____ <br> ■ E/F __3.50__ <br> ☐ G _____ |
| 2.97 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Stephanie Webb** | ☐ D _____ <br> ■ E/F __3.155__ <br> ☐ G _____ |
| 2.98 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Employment Screening Services, LLC** | ☐ D _____ <br> ■ E/F __3.51__ <br> ☐ G _____ |
| 2.99 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Stone's Pest Services, LLC** | ☐ D _____ <br> ■ E/F __3.158__ <br> ☐ G _____ |
| 2.100 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Stryker Sales Corp (Cactus)** | ☐ D _____ <br> ■ E/F __3.159__ <br> ☐ G _____ |
| 2.101 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Terri Nix** | ☐ D _____ <br> ■ E/F __3.160__ <br> ☐ G _____ |

Debtor   **Pain Management Associates of North Carolina, P.C.**    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.102 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Thrivent | ☐ D _____ ■ E/F __3.162__ ☐ G _____ |
|---|---|---|---|---|
| 2.103 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Total Medical Equipment Sales, Inc. | ☐ D _____ ■ E/F __3.163__ ☐ G _____ |
| 2.104 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Town of Waynesville CC | ☐ D _____ ■ E/F __3.164__ ☐ G _____ |
| 2.105 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Tracy Hawkins | ☐ D _____ ■ E/F __3.165__ ☐ G _____ |
| 2.106 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | TRansmed Co, LLC | ☐ D _____ ■ E/F __3.166__ ☐ G _____ |
| 2.107 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Travelers Ins Property Casualty | ☐ D _____ ■ E/F __3.167__ ☐ G _____ |
| 2.108 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Uline | ☐ D _____ ■ E/F __3.168__ ☐ G _____ |
| 2.109 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Uniform Advantage | ☐ D _____ ■ E/F __3.169__ ☐ G _____ |

---

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **US of America Ex REL Donna Rauch** | ☐ D _____ ■ E/F __**3.172**__ ☐ G _____ |
| 2.111 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **US of America Ex REL Robert Mathewson** | ☐ D _____ ■ E/F __**3.173**__ ☐ G _____ |
| 2.112 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **US of America Ex REL Terri Nix** | ☐ D _____ ■ E/F __**3.174**__ ☐ G _____ |
| 2.113 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **US of America Ex REL Tracy Hawkins** | ☐ D _____ ■ E/F __**3.175**__ ☐ G _____ |
| 2.114 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Upstate Exterminating & Pest Cntrol Inc** | ☐ D _____ ■ E/F __**3.170**__ ☐ G _____ |
| 2.115 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **US Compounding** | ☐ D _____ ■ E/F __**3.171**__ ☐ G _____ |
| 2.116 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **WC Bunch & Associates** | ☐ D _____ ■ E/F __**3.177**__ ☐ G _____ |
| 2.117 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **WC State of Connecticut** | ☐ D _____ ■ E/F __**3.178**__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number (if known) | _____ |

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.118 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | WCO Broadspire/Medcor-WCO | ☐ D _____ ■ E/F ___3.179___ ☐ G _____ |
| 2.119 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | WCO Connecticut Interlocal Risk Manageme | ☐ D _____ ■ E/F ___3.180___ ☐ G _____ |
| 2.120 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | WCO Gallagher Bassett Services | ☐ D _____ ■ E/F ___3.181___ ☐ G _____ |
| 2.121 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | WCO Medivest | ☐ D _____ ■ E/F ___3.182___ ☐ G _____ |
| 2.122 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Wesley Janitorial Service LLC | ☐ D _____ ■ E/F ___3.183___ ☐ G _____ |
| 2.123 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Windstream-1517 EFT | ☐ D _____ ■ E/F ___3.184___ ☐ G _____ |
| 2.124 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | X-Ray Compliance Soulution, LLC | ☐ D _____ ■ E/F ___3.185___ ☐ G _____ |
| 2.125 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | York X-Ray-M498-Anderson | ☐ D _____ ■ E/F ___3.187___ ☐ G _____ |

Debtor    **Pain Management Associates of North Carolina, P.C.**                     Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.126 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **York X-Ray- M568 WEst Columbia** | ☐ D _____<br>■ E/F ___3.188___<br>☐ G _____ |
| 2.127 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **SC Department of Health & Environmental** | ☐ D _____<br>■ E/F ___3.138___<br>☐ G _____ |
| 2.128 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Select Laboratory-SC** | ☐ D _____<br>■ E/F ___3.142___<br>☐ G _____ |
| 2.129 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Ever Green Enviromental, LLC** | ☐ D _____<br>■ E/F ___3.53___<br>☐ G _____ |
| 2.130 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **IMCS Integrated Micro-Chromatography Sys** | ☐ D _____<br>■ E/F ___3.77___<br>☐ G _____ |
| 2.131 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Fagron Sterile Services (JCB)** | ☐ D _____<br>■ E/F ___3.54___<br>☐ G _____ |
| 2.132 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Infinity Enterprises-Florence** | ☐ D _____<br>■ E/F ___3.79___<br>☐ G _____ |
| 2.133 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Integra Pain Management** | ☐ D _____<br>■ E/F ___3.80___<br>☐ G _____ |

---

Debtor   **Pain Management Associates of North Carolina, P.C.**    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.134 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | Fibrenew | □ D _____<br>■ E/F ___3.55___<br>□ G _____ |
| 2.135 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | James Earle's Cleaning Services (1099) | □ D _____<br>■ E/F ___3.84___<br>□ G _____ |
| 2.136 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | JANT Pharmacal | □ D _____<br>■ E/F ___3.85___<br>□ G _____ |
| 2.137 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | First Citizens Bank-Visa | □ D _____<br>■ E/F ___3.57___<br>□ G _____ |
| 2.138 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | Jones Day | □ D _____<br>■ E/F ___3.87___<br>□ G _____ |
| 2.139 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | Fisher Scientific | □ D _____<br>■ E/F ___3.58___<br>□ G _____ |
| 2.140 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | Konig PM LLC | □ D _____<br>■ E/F ___3.88___<br>□ G _____ |
| 2.141 | Oaktree Medical Centre, P.C<br>P.O. Box 26809<br>Greenville, SC 29616 | Forethought | □ D _____<br>■ E/F ___3.59___<br>□ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 2 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Labtech Diagnostics** | ☐ D _____  ■ E/F __3.90__  ☐ G _____ |
| 2.14 3 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Lipomed** | ☐ D _____  ■ E/F __3.91__  ☐ G _____ |
| 2.14 4 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Lucious Dana Sapp** | ☐ D _____  ■ E/F __3.92__  ☐ G _____ |
| 2.14 5 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Lutheran Services-Arden, NC** | ☐ D _____  ■ E/F __3.93__  ☐ G _____ |
| 2.14 6 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Mag Mutual Insurance Agency, LLC** | ☐ D _____  ■ E/F __3.94__  ☐ G _____ |
| 2.14 7 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Magnacare** | ☐ D _____  ■ E/F __3.95__  ☐ G _____ |
| 2.14 8 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Marion Davis Inc.** | ☐ D _____  ■ E/F __3.96__  ☐ G _____ |
| 2.14 9 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Marlene Sapp** | ☐ D _____  ■ E/F __3.97__  ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.15 0 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Mary Black Health-Spartaburg** | ☐ D _____ ■ E/F ___3.98___ ☐ G _____ |
| 2.15 1 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Mckesson Medical-Surgical** | ☐ D _____ ■ E/F ___3.100___ ☐ G _____ |
| 2.15 2 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Mediplus** | ☐ D _____ ■ E/F ___3.102___ ☐ G _____ |
| 2.15 3 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Forgione** | ☐ D _____ ■ E/F ___3.60___ ☐ G _____ |
| 2.15 4 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Medtronic Inc., USA** | ☐ D _____ ■ E/F ___3.103___ ☐ G _____ |
| 2.15 5 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **MP Computer Systems Inc.** | ☐ D _____ ■ E/F ___3.104___ ☐ G _____ |
| 2.15 6 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Garfield Signs & Graphics, LLC** | ☐ D _____ ■ E/F ___3.62___ ☐ G _____ |
| 2.15 7 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **MSA CAre Guard** | ☐ D _____ ■ E/F ___3.105___ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | _____ |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.158 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **GE Healthcare IITS USA Corp** | ☐ D _____ ■ E/F __3.63__ ☐ G _____ |
| 2.159 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **GE Healthcare-Chicago** | ☐ D _____ ■ E/F __3.64__ ☐ G _____ |
| 2.160 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **GEHA** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.161 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Muriel Calhoun** | ☐ D _____ ■ E/F __3.106__ ☐ G _____ |
| 2.162 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Georgetown Physician Services LLC** | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.163 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Muriel Calhoun** | ☐ D _____ ■ E/F __3.107__ ☐ G _____ |
| 2.164 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **NALC- CIGNA** | ☐ D _____ ■ E/F __3.109__ ☐ G _____ |
| 2.165 | **Oaktree Medical Centre, P.C** | **P.O. Box 26809 Greenville, SC 29616** | **Great Heron - W Columbia EFT** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |
|---|---|---|---|

| ████ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.16 6 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **Nelson Mullins Riley&Scarborough LLP EFT** | ☐ D _____ ■ E/F __3.110__ ☐ G _____ |
| 2.16 7 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **Norma Lee Wilson** | ☐ D _____ ■ E/F __3.111__ ☐ G _____ |
| 2.16 8 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **Ogletree Deakins** | ☐ D _____ ■ E/F __3.112__ ☐ G _____ |
| 2.16 9 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **OTIS Elevator Company** | ☐ D _____ ■ E/F __3.113__ ☐ G _____ |
| 2.17 0 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **Greenville Office Supply (GOS)** | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.17 1 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **Greenville Water** | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
| 2.17 2 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **Palmetto GBA/Medicare-SC** | ☐ D _____ ■ E/F __3.114__ ☐ G _____ |
| 2.17 3 | **Oaktree Medical Centre, P.C** — P.O. Box 26809 Greenville, SC 29616 | **PERMA** | ☐ D _____ ■ E/F __3.115__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.174 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | Phenomenex | ☐ D _____<br>■ E/F __3.116__<br>☐ G _____ |
| 2.175 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | Pioneer credit Recovery | ☐ D _____<br>■ E/F __3.117__<br>☐ G _____ |
| 2.176 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | Platinum Code | ☐ D _____<br>■ E/F __3.118__<br>☐ G _____ |
| 2.177 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | Plumbers and Pipefitters | ☐ D _____<br>■ E/F __3.119__<br>☐ G _____ |
| 2.178 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | PMD- Lakeside | ☐ D _____<br>■ E/F __3.120__<br>☐ G _____ |
| 2.179 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | Grove 1005 - Grove Rd Greenville | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.180 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | Halyard Sales, LLC (Avanos) | ☐ D _____<br>■ E/F __3.71__<br>☐ G _____ |
| 2.181 | Oaktree Medical Centre, P.C | P.O. Box 26809<br>Greenville, SC 29616 | Hatchell Landscape-FLO | ☐ D _____<br>■ E/F __3.72__<br>☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

| ▆ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.18 2 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Henry Schein- 4636 - EFT** | ☐ D _____ ▉ E/F __3.73__ ☐ G _____ |
| 2.18 3 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Highland Center Drive- Columbia** | ☐ D _____ ▉ E/F __3.74__ ☐ G _____ |
| 2.18 4 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Humana Gold Choice** | ☐ D _____ ▉ E/F __3.75__ ☐ G _____ |
| 2.18 5 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Chapman and Cutler, LLP** | ☐ D _____ ▉ E/F __3.26__ ☐ G _____ |
| 2.18 6 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Staples Business Advantage** | ☐ D _____ ▉ E/F __3.153__ ☐ G _____ |
| 2.18 7 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Bannister, Wyatt & Stalvery, LLC** | ☐ D _____ ▉ E/F __3.13__ ☐ G _____ |
| 2.18 8 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **City of Asheville Water** | ☐ D _____ ▉ E/F __3.27__ ☐ G _____ |
| 2.18 9 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Employment Security Commission** | ☐ D _____ ▉ E/F __3.52__ ☐ G _____ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.190 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | ION Technology Support, Inc. | ☐ D ____ ■ E/F __3.81__ ☐ G ____ |
| 2.191 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Iron Mountain-SR995-Storage | ☐ D ____ ■ E/F __3.83__ ☐ G ____ |
| 2.192 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Johnson Controls Security Solutions | ☐ D ____ ■ E/F __3.86__ ☐ G ____ |
| 2.193 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Stericycle, Inc. | ☐ D ____ ■ E/F __3.157__ ☐ G ____ |
| 2.194 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Accident Fund (Workers Compensation) | ☐ D ____ ☐ E/F ____ ■ G __2.3__ |
| 2.195 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | ADT | ☐ D ____ ☐ E/F ____ ■ G __2.4__ |
| 2.196 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Airgas USA, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.6__ |
| 2.197 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Alhambra US | ☐ D ____ ☐ E/F ____ ■ G __2.7__ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.198 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Allscripts LLC** | ☐ D _____ ☐ E/F _____ ■ G **2.8** |
| 2.199 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Ameritas Life Insurance Corp-Dental** | ☐ D _____ ☐ E/F _____ ■ G **2.9** |
| 2.200 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Answerprocommunications, LLC** | ☐ D _____ ☐ E/F _____ ■ G **2.10** |
| 2.201 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Asbury Med-Sure, LLC** | ☐ D _____ ☐ E/F _____ ■ G **2.11** |
| 2.202 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Athenahealth** | ☐ D _____ ☐ E/F _____ ■ G **2.12** |
| 2.203 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **CSP Insurance Services** | ☐ D _____ ☐ E/F _____ ■ G **2.22** |
| 2.204 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Duke Energy** | ☐ D _____ ☐ E/F _____ ■ G **2.23** |
| 2.205 | **Oaktree Medical Centre, LLC** | **P.O. Box 26809 Greenville, SC 29616** | **Dynamic Quest/Enroute** | ☐ D _____ ☐ E/F _____ ■ G **2.24** |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | _____ |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.206 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Eclinical Works, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.25__ |
| 2.207 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Experian Health, Inc. | ☐ D ____ ☐ E/F ____ ■ G __2.26__ |
| 2.208 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | First Citizens Bank & Trust Company | ☐ D ____ ☐ E/F ____ ■ G __2.29__ |
| 2.209 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | GE Healthcare, Inc. | ☐ D ____ ☐ E/F ____ ■ G __2.31__ |
| 2.210 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | G-Five, Inc. | ☐ D ____ ☐ E/F ____ ■ G __2.30__ |
| 2.211 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Hiscox Inc | ☐ D ____ ☐ E/F ____ ■ G __2.34__ |
| 2.212 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Huron Consulting Services, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.38__ |
| 2.213 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Immedion, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.39__ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.214 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Iron Mountain | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.41** |
| 2.215 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Ironshore Insurance Limited | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.42** |
| 2.216 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Kathy Motes | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.43** |
| 2.217 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Landmark American Insurance Company | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.44** |
| 2.218 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | Merchant Credit Card Processing | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.48** |
| 2.219 | Oaktree Medical Centre, LLC | P.O. Box 26809 Greenville, SC 29616 | My Web Ninja LLC | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.50** |
| 2.220 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Propel HR, Inc. | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.54** |
| 2.221 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Ryan Groth | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.55** |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 2 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Shred A Way | ☐ D ____ ☐ E/F ____ ■ G __2.58__ |
| 2.22 3 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | South State Bank | ☐ D ____ ☐ E/F ____ ■ G __2.59__ |
| 2.22 4 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Spectrum Business | ☐ D ____ ☐ E/F ____ ■ G __2.60__ |
| 2.22 5 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Starstone Specialty Insurance Company | ☐ D ____ ☐ E/F ____ ■ G __2.61__ |
| 2.22 6 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Steeplechase Pathology, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.62__ |
| 2.22 7 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Stericycle | ☐ D ____ ☐ E/F ____ ■ G __2.63__ |
| 2.22 8 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Terminix | ☐ D ____ ☐ E/F ____ ■ G __2.64__ |
| 2.22 9 | Oaktree Medical Centre, P.C | P.O. Box 26809 Greenville, SC 29616 | Tim Daileader (Drivetrain) EFT | ☐ D ____ ☐ E/F ____ ■ G __2.65__ |

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.23 0 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Trizetto** | ☐ D _____ ☐ E/F _____ ■ G    **2.67** |
| 2.23 1 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **TSYS Health Services** | ☐ D _____ ☐ E/F _____ ■ G    **2.68** |
| 2.23 2 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Underwriters at Lloyd's London** | ☐ D _____ ☐ E/F _____ ■ G    **2.69** |
| 2.23 3 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Underwriters at Lloyd's London** | ☐ D _____ ☐ E/F _____ ■ G    **2.70** |
| 2.23 4 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **Waste Management** | ☐ D _____ ☐ E/F _____ ■ G    **2.73** |
| 2.23 5 | **Oaktree Medical Centre, P.C** | P.O. Box 26809 Greenville, SC 29616 | **XACT Data Discovery** | ☐ D _____ ☐ E/F _____ ■ G    **2.75** |

**Fill in this information to identify the case:**

Debtor name    **Pain Management Associates of North Carolina, P.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$417,993.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$848,988.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1.  **South Carolina Opioid Litigation**<br>**CA No. 2018-CP-23-01294** | **Lawsuit on behalf of county goverments against dozens of pharmacies, practices, providers, etc. including CVS, Walgreens, Walmart, etc.** | **Greenville County 13th Judicial Circuit 305 E. North Street #325 Greenville, SC 29601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **City of Charleston vs. Purdue Pharma LO., et. al.**<br>**CA No. 2019-CP-10-4294** | **RE: South Carolina Opiod Litigation** | **South Carolina Court of Common Pleas Ninth Circuit District 100 Broad Street Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **United States of America, et. re.**<br>**No. 6:15-cv-01589-DCC** | | **Greenville County 13th Judicial Circuit 305 E. North Street #325 Greenville, SC 29601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **Pain Management Associates of North Carolina, P.C.** | Case number *(if known)* | |

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ivey, McClellan, Gatton & Siegmund**<br>**100 S. Elm St, Ste. 500**<br>**Greensboro, NC 27401** | **Attorney Fees $2,665.00 and Filing Fee $335.00** | **10/15/2019** | **$3,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Dr. Granada Neil** | | | |
| 11.2. | **Patrick Lawton**<br>**226 Peters Glenn Ct.**<br>**Simpsonville, SC 29681** | **Preparation of bankruptcy documents** | **04/2020** | **$2,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Dr. Granada Neil** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Corporate Office**<br>**25 Airpark Court**<br>**Greenville, SC 29607** | **01/01/2016-09/19/2019** |
| 14.2. | **Medical Clinic**<br>**2561 Hendersonville Road**<br>**Arden, NC 28704** | **02/01/2015-08/30/2019** |
| 14.3. | **Medical Clinic**<br>**49 Galloway Street**<br>**Waynesville, NC 28786** | **04/21/2016-07/01/2019** |
| 14.4. | **Medical Clinic**<br>**316 W. Main Street**<br>**Franklin, NC 28734** | **01/01/2016-06/01/2018** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐    No. Go to Part 9.
■    Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care **1,579** |
|---|---|---|---|
| 15.1. | **Pain Management Associates of North Carolina, PCC- Arden**<br>**2561 Hendersonville Road**<br>**Arden, NC 28704** | **Medical diagnosis, treatment, and medication management**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Electronic and offsite storage with Shred America, LLC and with Huron Consulting Services, LLC** | **How are records kept?**<br><br>*Check all that apply:* |

Debtor    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  | ■ Electronically |
|  |  | ■ Paper |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Patient medical and insurance policy information, address, phone number, date of birth, and social security numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Debtor   **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Storage Space**<br>**104 La Von Ln**<br>**Easley, SC 29642** | **Daniel McCollum**<br>**435 Providence Way**<br>**Easley, SC 29642**<br><br>**and**<br><br>**Mandy Dalton**<br>**247 Audobon Acres Drive**<br>**Easley, SC 29642** | **Furniture and Fixtures** | ■ No<br>☐ Yes |
| **Shred America Records Storage**<br>**1682 Katy Lane**<br>**Fort Mill, SC 29708** | **Patrick Lawton**<br>**226 Peters Glenn Ct.**<br>**Simpsonville, SC 29681** | **Paperwork** | ☐ No<br>■ Yes |
| **Life Storage**<br>**1701 Woodruff Road**<br>**Greenville, SC 29607** | **Patrick Lawton**<br>**226 Peters Glenn Ct.**<br>**Simpsonville, SC 29681** | **Corporate Documents/**<br>**Physical Corporate Servers** | ☐ No<br>■ Yes |
| **Dynamic Quest (Enroute Networks)**<br>**3775 Roswell Road**<br>**Marietta, GA 30062** | **Patrick Lawton**<br>**226 Peters Glenn Ct.**<br>**Simpsonville, SC 29681** | **ECW System (Medical Records)**<br>**Accounting and Electronic Corporate Files** | ☐ No<br>■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium);

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

Debtor    **Pain Management Associates of North Carolina, P.C.**                     Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Christine Ouelette<br>7 Stono Drive<br>Greenville, SC 29609** | **04/11/2016-08/22/2019** |
| 26a.2. | **David Webb<br>220 Chealses Place Ave.<br>Ormond Beach, FL 32174** | **04/06/2015-03/08/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Elliott Davis, LLC<br>200 E. Broad Street<br>Greenville, SC 29601** | **Contnuous- General Accounting/Tax filings/ No audits performed** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Iron Mountain<br>1166 6th Avenue<br>New York, NY 10036** | **Paperwork Only** |
| 26c.2. | **Shred America Records Storage<br>1682 Katy Lane<br>Fort Mill, SC 29708** | **Paperwork Only** |

| Debtor | Pain Management Associates of North Carolina, P.C. | Case number *(if known)* |
| --- | --- | --- |

| Name and address | | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.3. | **Life Storage**<br>**1701 Woodruff Road**<br>**Greenville, SC 29607** | **Corporate Documents/ Physical Corporate Serves/ Other remaining Equipment** |
| 26c.4. | **Enroute Networks**<br>**3775 Roswell Road**<br>**Marietta, GA 30062** | **Online Active Servers with Accounting and all other records** |
| 26c.5. | **Propel HR**<br>**669 N. Academy Street**<br>**Greenville, SC 29601** | **Human Resources/Payroll Data** |
| 26c.6. | **Huron Consulting Services, LLC**<br>**Attn: Aaron Kibbey**<br>**1166 Avenue of the Americas, Suite 300**<br>**New York, NY 10036** | **Chief Restructuring Officer** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
| --- | --- |
| 26d.1. | **Alleon Capital**<br>**1086 Teaneck Road, Suite 4D**<br>**Teaneck, NJ 07666** |
| 26d.2. | **Camac Partners**<br>**401 Park Ave S**<br>**New York, NY 10016** |
| 26d.3. | **Capitol Pain a/k/a CPI**<br>**8015 Shoal Creek Blvd, Suite 103**<br>**Austin, TX 75757** |
| 26d.4. | **New State Capital**<br>**2001 Palmer Ave, Suite 205**<br>**Larchmont, NY 10538** |
| 26d.5. | **JMB Capital**<br>**999 Avenue of the Stars #2040**<br>**Los Angeles, CA 90067** |
| 26d.6. | **Lifebrite**<br>**Christian Fletcher**<br>**9 Coporate Blvd., Suite 150**<br>**Atlanta, GA 30329** |
| 26d.7. | **United States Department of Justice**<br>**Attn: Christopher Teranova**<br>**175 N. Street NE**<br>**Washington, DC 20002** |
| 26d.8. | **Fidus Investment Corporation**<br>**1603 Orrington #810**<br>**Evanston, IL 60201** |
| 26d.9. | **West Family Investments, Inc.**<br>**1603 Orrington #810**<br>**Evanston, IL 60201** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)*  _____

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel McCollum | 435 Providence Way Easley, SC 29642 | Management Contract | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Granada Neil | 1399 Ashleybrook Lane, Suite 100 Winston Salem, NC 27103 | Shareholder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aaron Kibbey | 1166 Avenue of the Americas, Suite 300 New York, NY 10036 | Chief Restructing Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy Daileader | 257 Central Park West, Apt. 7A New York, NY 10024 | Independent Board Member | 0% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Granada Neil 1399 Ashleybrook Lane, Suite 100 Winston Salem, NC 27103** | **$15,000.00** | **See attachment B** | **1099 Payments** |
| | **Relationship to debtor Shareholder** | | | |

Debtor   **Pain Management Associates of North Carolina, P.C.**                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Timothy Daileader (Drive Train)** **257 Central Park West, Apt. 7A** **New York, NY 10024** | $92,155.72 | **See attachment B** | **Independent Board Member** |
| **Relationship to debtor** **Independent Board Member** | | | |
| 30.3. **Daniel McCollum** **435 Providence Way** **Easley, SC 29642** | $126,024.12 | **See attachment B** | **Wages: $43,141.32** **1099: $82,882.80** |
| **Relationship to debtor** **Management Contract** | | | |
| 30.4. **Joseph O'Quinn** **12 Kettering Ct.** **Easley, SC 29642** | $66,529.90 | **See attachment B** | **Wages** |
| **Relationship to debtor** | | | |
| 30.5. **JWO Enterprise, LLC** **Joseph O'Quinn** **12 Kettering Ct.** **Easley, SC 29642** | $19,830.75 | **See attachment B** | **1099** |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Oaktree Medical Center, PC via MSA** | **EIN:     58-2332081** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor     **Pain Management Associates of North Carolina, P.C.**                          Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 29, 2020**

**/s/ Granada Neil**                                              **Granada Neil**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

---

In re   **Pain Management Associates of North Carolina, P.C.**                    Case No. _____

_____                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment B

| Debtor Name | Insider Name | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|
| Pain Management Associates of North Carolina, PC | Granada Neil | Friendly Shareholder of PMA of NC | 04/15/2019 | 2,500.00 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | Granada Neil | Friendly Shareholder of PMA of NC | 05/15/2019 | 2,500.00 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | Granada Neil | Friendly Shareholder of PMA of NC | 06/14/2019 | 2,500.00 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | Granada Neil | Friendly Shareholder of PMA of NC | 07/15/2019 | 2,500.00 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | Granada Neil | Friendly Shareholder of PMA of NC | 08/15/2019 | 2,500.00 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | Tim Daileader (DriveTrain) | Independent Boad Member - Oaktree | 05/03/2019 | 46,176.19 | Independent Board Member Fees |
| Pain Management Associates of North Carolina, PC | Tim Daileader (DriveTrain) | Independent Boad Member - Oaktree | 07/12/2019 | 45,979.53 | Independent Board Member Fees |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 04/26/2019 | $5,379.38 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 05/10/2019 | $5,379.38 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 05/24/2019 | $5,379.37 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 06/07/2019 | $5,379.38 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 06/21/2019 | $5,411.96 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 07/05/2019 | $5,942.65 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 07/19/2019 | $5,942.65 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 08/02/2019 | $2,678.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 08/16/2019 | $1,648.06 | Wages, Net |
| Pain Management Associates of North Carolina, PC (1099) | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 04/26/2019 | 13,813.80 | 1099 Payment |
| Pain Management Associates of North Carolina, PC (1099) | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 05/09/2019 | 13,813.80 | 1099 Payment |

| | | | | | |
|---|---|---|---|---|---|
| Pain Management Associates of North Carolina, PC (1099) | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 05/23/2019 | 13,813.80 | 1099 Payment |
| Pain Management Associates of North Carolina, PC (1099) | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 06/06/2019 | 13,813.80 | 1099 Payment |
| Pain Management Associates of North Carolina, PC (1099) | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 06/20/2019 | 13,813.80 | 1099 Payment |
| Pain Management Associates of North Carolina, PC (1099) | Daniel McCollum | Oaktree Medical Centre PC / LLC 100% Shareholder | 07/03/2019 | 13,813.80 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 04/26/2019 | $6,648.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 05/10/2019 | $6,649.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 05/24/2019 | $6,650.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 06/07/2019 | $6,651.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 06/21/2019 | $6,652.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 07/05/2019 | $6,653.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 07/19/2019 | $6,654.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 08/02/2019 | $6,655.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 08/16/2019 | $6,656.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | Joseph O'Quinn | 100% owner of First Choice Healthcare | 08/30/2019 | $6,657.49 | Wages, Net |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 04/26/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 05/10/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 05/23/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 06/06/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 06/20/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 06/28/2019 | 600.00 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 07/03/2019 | 3,846.15 | 1099 Payment |

| | | | | | |
|---|---|---|---|---|---|
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 07/18/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 07/26/2019 | 155.00 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 08/01/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 08/15/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 08/29/2019 | 3,846.15 | 1099 Payment |
| Pain Management Associates of North Carolina, PC | JWO Enterprise, LLC / Joseph O'Quinn | 100% owner of First Choice Healthcare | 08/29/2019 | 12,980.77 | 1099 Payment |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Pain Management Associates of North Carolina, P.C.** _____   Case No. _____
                                                                    Debtor(s)        Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,665.00** |
| Prior to the filing of this statement I have received | $ | **2,665.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in adversary proceedings & other contested bankruptcy matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 29, 2020** _____        **/s/ Dirk W. Siegmund**
_Date_                                      **Dirk W. Siegmund 20796**
                                            _Signature of Attorney_
                                            **Ivey, McClellan, Gatton & Siegmund**
                                            **100 S. Elm St, Ste. 500**
                                            **Greensboro, NC 27401**
                                            **336-274-4658  Fax: 336-274-4540**
                                            _Name of law firm_

---

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Pain Management Associates of North Carolina, P.C.**                                    Case No.
                                                                    Debtor(s)        Chapter        **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 29, 2020**                            **/s/ Granada Neil**
                                            **Granada Neil/President**
                                            Signer/Title

AARP- (united Healthcare) Medicare
107 Westpark Blvd., Suite 110
Columbia, SC 29210


Abbott (FKA St. Jude)
22400 Network Place
Chicago, IL 60673


Absolute Total Care
1441 Main Street #900
Columbia, SC 29201


Accident Fund (Workers Compensation)
Insurance Company of America
P.O. Box 489017990
Lansing, MI 48901


Accurate Diagnostice
1635 E. North Street
Greenville, SC 29607


ADT
PO Box 371878
Pittsburgh, PA 15250-7878


ADT-7420 25 H-ARD-EFT
P.O. Box 371878
Pittsburgh, PA 15250-7878


Aetna
5000 Centre Green Way, Suite 350
Cary, NC 27513


Airgas USA, LLC
PO Box 734672
Dallas, TX 75373


Airgas USA, LLC- 2865184
P.O. Box 734672
Dallas, TX 75373


Airgas USA, LLC- 2900062
P.O. Box 734672
Dallas, TX 75373

Alfonso Interpreting & Transporting, Inc
P.O. Box 27309
Greenville, SC 29616-2204


Alhambra US
8 Governor Wentworh Hwy
Wolfeboro, NH 03894


Allscripts LLC
24630 Network Place
Chicago, IL 60673-1246


Aly Elleithee
C/O Janet, Janet & Suggs. LLC
Gerald Drayton Jowers, Jr
500 Taylor St, Ste 301
Columbia, SC 29201


American Express 1101
PO Box 650448
Dallas, TX 75265-0448


Ameritas Life Insurance Corp-Dental
PO Box 81889
Lincoln, NE 68501-1889


Answerprocommunications, LLC
PO Box 890340
Charlotte, NC 28289-0340


Arnall Golden Gregory LLP- #32386
171 17th Street NW
Suite 2100
Atlanta, GA 30363


Asbury Med-Sure, LLC (Roger Yapp)
1560 Asbury Ave
Winnetka, IL 60093


Asheville Fire Protection Co., Inc.
PO Box 6798
Asheville, NC 28816

Athenahealth
311 Arsenal Street
Watertown, MA 02472


Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001


Attorney General of the United States
US Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530


Bannister, Wyatt & Stalvery, LLC
401 Pettigru Street
Greenville, SC 29601


BCBS of NC
Financial Processing Services
PO Box 30048
Durham, NC 27702


BHHS John M Brabham Real Estate
Davis Properties
1081 Alice Drive
Sumter, SC 29151


Biochemical Diagnostics, Inc.
180 Heartland Boulevard
Edgewood, NY 11717


Bioventus LLC
PO Box 732823
Dallas, TX 75373-2823


Blake Leche
Dunlaevy Law Firm
c/o Jeffery P. Dunlaevy
37 Villa Rd, Ste. 440
Greenville, SC 29615


Blue Cross Blue Shield of NC (Medicare)
4615 University Drive
Durham, NC 27702

Blue Cross Blue Shield of North Carolina
Attn: Vice Pres. Network Management
P.O. Box 2291
Durham, NC 27702


BlueChoice Health of South Carolina
1-20 at Alpine Road
Mail Code: AX-E13
Columbia, SC 29219


Boon Administrative Services
Attn: Claims
Austin, TX 78755


Brandy Knight
c/o Bluestein Thompson Sullivan, LLC
Allison Paige Sullivan
PO Box 7965
Columbia, SC 29202


Bullington Associates, Inc
4240 N Blackstock Rd
Spartanburg, SC 29301


Cadwell Laboratories, Inc
909 N Kellogg St
Kennewick, WA 99336


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010


Catherine Thompson- Personal Represent
c/o William J Tuck, P A
For the Estate of Rebecca Mathew Cassidy
PO Box 933
Darlington, SC 29540


Cerilliant Corporation
811 Paloma Drive, Suite A
Round Rock, TX 78665


Chapman and Cutler, LLP
P.O. Box 71291
Chicago, IL 60694

ChoiceCare Network
Attn: President
P.O. Box 19013
Green Bay, WI 54307


CIGNA Healthcare of South Carolina, Inc.
Attn: Director of Provider
400 Faber Place, 2nd Floor
North Charleston, SC 29405-8583


CIGNA HealthSpring
Attn: Assoc. Cheif Counsel
2900 N. loop West, Suite 1300
Houston, TX 77092


City of Asheville Water
P.O. 733
Asheville, NC 28802-0733


City of Asheville Water Bill Acct# 0078
PO Box 733
Asheville, NC 28802-0733


City of Charleston
Address Unavailable at Time of Filing


City of Florence -8471 CC
City Services Bill
PO Box 602756
Charlotte, NC 28260-2756


Clia Laboratory Program
PO Box 3056
Portland, OR 97208-3056


Clint Pharmaceuticals
629 Shute Lane
Old Hickory, TN 37138


CMI, Inc
2090 Relaible Parkway
Chicago, IL 60686

Comast
PO Box 105257
Atlanta, GA 30348-5257


County of Greenville
c/o Harrison White, PC
John B White, Jr
178 W Main St
Spartanburg, SC 29306


Coverys
PO Box 981024
Boston, MA 02298


Creekridge Capital, LLC
7808 Creekridge Circle
Suite 250
Minneapolis, MN 55439-2647


Crum and Forster Insurance Company
c/o Willis of North Carolina, Inc.
29754 Network Place
Chicago, IL 60673


Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579


Crystal Springs Various
PO Box 660579
Dallas, TX 75266-0579


CSP Insurance Services
2420 Hoffmeyer Rd  Suite D
Florence, SC 29501


Custom Indoor Services (Cleaning)
106 Sherbert Court
Spartanburg, SC 29303


Dixon Board, Office of Investigations
Attn: Carmen Felton- Barner
SC Dept of Labor Licensing & Regulation
PO Box 11329
Columbia, SC 29211-1329

```
Dominion Energy
PO Box 100255
Columbia, SC 29202-3255


Donna Rauch
c/o Bluestein Thompson Sullivan, LLC
Allison Paige Sullivan
PO Box 7965
Columbia, SC 29202


Donna Rauch
c/o Rothstein Law Firm, PA
David Rothstein
1312 Augusta St
Greenville, SC 29605


Duke Energy
PO Box 70516
Charlotte, NC 28272


Duke Energy Progress
PO Box 1003
Charlotte, NC 28201-1003


Dynamic Quest/Enroute
3775 Rosewell Rd  Suite 350
Marietta, GA 30062


Easley Comb Utilities-64622001-BC-ES EF
PO Box 619
Easley, SC 29641-0619


Eclinical Works, LLC
PO Box 847950
Boston, MA 02284-7950


Electric City Utilities CC
City of Anderson
PO Box 63061
Charlotte, NC 28263


Electrode Store, The
PO Box 188
Enumclaw, WA 98022
```

Elliot Davis Decosimo, LLC
PO Box 6286
Greenville, SC 29606-6286


Employment Screening Services, LLC
Dept K, PO Box 830520
Birmingham, AL 35283


Employment Security Commission
2301 West Meadowview Road
Greensboro, NC 27407


Ever Green Enviromental, LLC
PO Box 25627
Greenville, SC 29616


Experian Health, Inc.
PO Box 886133
Los Angeles, CA 90088-6133


Extra Storage Space
104 La Von Ln
Easley, SC 29642


Fagron Sterile Services (JCB)
8710 E 34th St. N
Wichita, KS 67226


Felix Muniz
1015 Nutt Street, Apt 334
Wilmington, NC 28401


Fibrenew
117 Boardwalk Run
Rock Hill, SC 29732


Fidus Investment Corporation
As Lender and Collaterl Agent
1603 Orrington #810
Evanston, IL 60201


First Citizens Bank & Trust Company
Attn: Natasha Drews
PO Box 29
Columbia, SC 29202

First Citizens Bank-Visa
PO Box 63038
Charlotte, NC 28263-3038


Fisher Scientific
Account #038451-001
PO Box 404705
Atlanta, GA 30384-4705


Forethought
PO Box 16500
Clearwater, FL 33766-6500


Forgione
c/o David Gould
Dash & Assocs., Attn: Molly Rowan
One Liberty Plaza, 165 Broadway, FL. 23
New York, NY 10006


G-Five, Inc.
297-H Garlington Rd
Greenville, SC 29615


Garfield Signs & Graphics, LLC
203 Ford Street
Greer, SC 29650


GE Healthcare IITS USA Corp
15724 Collections Center Drive
Chicago, IL 60693


GE Healthcare, Inc.
PO Box 640200
Pittsburgh, PA 15264-0200


GE Healthcare-Chicago
Software & Training
c/o OEC Medical Systems Inc
2984 Collections Center Dr
Chicago, IL 60693


GEHA
PO Box 410014
Kansas City, MO 64179-9775

Georgetown Physician Services LLC
c/o Nelson Mullins Riley & Scarborough
Susan P Macdonald
PO Box 3939
Myrtle Beach, SC 29578


Granada Neil
1399 Ashleybrook Lane, Suite 100
Winston Salem, NC 27103


Great Heron - W Columbia EFT
Frank Hahne
208 Barnacle Circle
Lexington, SC 29072


Greenville Office Supply (GOS)
PO Box 3358
Greenville, SC 29602


Greenville Water
PO Box 687
Greenville, SC 29602-0687


Grove 1005 - Grove Rd Greenville
25 Airpark Court
Greenville, SC 29607


Halyard Sales, LLC (Avanos)
PO Box 732583
Dallas, TX 75373-2583


Hatchell Landscape-FLO
PO Box 5320
Florence, SC 29502


Health Net Federal Services, LLC
514 Butler Farm Road
VA 23660


Henry Schein- 4636 - EFT
PO Box 371952
Pittsburgh, PA 15250

Highland Center Drive- Columbia
c/o Trinity Partners Management - AR
440 S Church St, Ste 800
Charlotte, NC 28202


Hiscox Inc
c/o Willis of North Carolina, Inc.
29754 Network Place
Chicago, IL 60673


Human Goverment Business (Tricare)
Attn: Netwoek Development Dept.
305 N. Hurstbourne Parkway, 2B
Louisville, KY 40222


Humana ChoiceCare (Medicare)
Attn: Network Development
900 Ashwood Parkway, Suite 500
Atlanta, GA 30338


Humana Gold Choice
PO Box 14601
Lexington, KY 40512-4601


Humana- Choice Care Network
Attn: President
P.O. Box 19013
Green Bay, WI 54307


Huron Consulting Services, LLC
4795 Paysphere Circle
Chicago, IL 60674


Imaging Solutions Healthcare, LLC
Anderson, Bottrell, Sanden & Thompson
c/o Michael J Hofer
5257 27th St S, Ste. 101
Fargo, ND 58104


Imaging Solutions Healthcare, LLC
c/oAnderson, Bottrell, Sanden & Thompson
David J Hauff
PO Box 10247
Fargo, ND 58104

IMCS Integrated Micro-Chromatography Sys
110 Centrum Drive
Irmo, SC 29063


Immedion, LLC
PO Box 745116
Atlanta, GA 30374-5116


Infinity Enterprises-Florence
c/o Dr Dean Banks
9303 Venezia Circle
Myrtle Beach, SC 29579


Integra Pain Management
PO Box 100416
Atlanta, GA 30384


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


ION Technology Support, Inc.
1204 Copeland Oaks Drive
Morrisville, NC 27560


Iron Mountain
PO Box 27128
New York, NY 10087-7128


Iron Mountain- SC77X
PO Box 27128
New York, NY 10087-7128


Iron Mountain- SR995-Storage
PO Box 27128
New York, NY 10087-7128


Ironshore Insurance Limited
175 Powder Forest Dr
Weatogue, CT 06089


James Earle's Cleaning Services (1099)
PO Box 251
Sandy Springs, SC 29677

JANT Pharmacal
16530 Ventura Blvd, Suite 512
Encino, CA 91436


Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250-7967


Jones Day
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309


Kathy Motes
260 Ballantyne Common Circle, Apt. 204
Hendersonville, NC 28792


Kathy Motes
260 Ballantyne Common Circle  Apt 204
Hendersonville, NC 28792


Kelsey Moody
964 G W Whitmire Road
Rosman, NC 28772


Konig PM LLC
c/o Dunlaevy Law Firm
Jeffrey P Dunlaevy
37 Villa Rd., Ste. 440
Greenville, SC 29615


Konig PM LLC
c/o Blake Leche
109 Waverly Hall LN
Simpsonville, SC 29681


Kudzu Staffing, Inc.
PO Box 51627
Powdersville, SC 29673


Labtech Diagnostics
1502 E Greenville Street
Anderson, SC 29621

Landmark American Insurance Company
c/o Willis of North Carolina, Inc.
29754 Network Place
Chicago, IL 60673-1297


Lipomed
150 Cambridge Park Drive, Suite 705
Cambridge, MA 02140


Lucious Dana Sapp
c/o Parham Smith & Archenhold, LLC
Ashlee Edwards Winkler
15 Washington Park
Greenville, SC 29601


Lutheran Services-Arden, NC
Attn: Kirby Nickerson
PO Box 947
Silverstreet, SC 29145


Lutheran Services-Arden, NC
Attn: Kirby Nickerson
P.O. Box 947
Salisbury, NC 28145


Mag Mutual Insurance Agency, LLC
PO Box 52979
Atlanta, GA 30355-0979


Magnacare
PO Box 1001
Garden City, NY 11530


Marion Davis Inc.
PO Box 2429
Easley, SC 29641-2429


Marlene Sapp
c/o Parham Smith & Archenhold, LLC
Ashlee Edwards Winkler
15 Washington Park
Greenville, SC 29601

Mary Black Health- Spartaburg
SRHS- Accounting
Attn: Dana Horton
Spartanburg, SC 29303


McGuireWoods, LLP
Attn: Account Receivable
800 E. Canal
Richmond, VA 23219-3916


Mckesson Medical- Surgical
PO Box 634404
Cincinnati, OH 45263-4404


MedCost
165 Kimel Park Drive
Winston Salem, NC 27103


Medicaid (NC)
Attn: Lisa Corbett General Counsel
2501 Mail Servicve Center
Raleigh, NC 27699


Medical Laborator Solutions, Inc.
270 Rutledge Rd., Ste D
Fletcher, NC 28732


Mediplus
PO Box 9126
Des Moines, IA 50306


Medtronic Inc., USA
PO Box 409201
Atlanta, GA 30384-9201


Megan Lancaster
36 Ridge Top Acres
Candler, NC 28715


Merchant Credit Card Processing
PO Box 6600
Hagerstown, MD 21741-6600

Molina Healthcare
Attn: Provider Network Department
P.O. Box 349020
Columbus, OH 43234


MP Computer Systems Inc.
PO Box 5752
Florence, SC 29502


MSA CAre Guard
PO Box 827
Burlington, MA 01803


Muriel Calhoun
c/o Bluestein Thompson Sullivan LLC
Allison Paige Sullivan
PO Box 7965
Columbia, SC 29202


My Web Ninja LLC
400 W Legion Blvd.
Owensboro, KY 42303


NALC- CIGNA
PO Box 188004
Chattanooga, TN 37422


Nelson Mullins Riley&Scarborough LLP EFT
104 South Main Street
Ninth Floor
Greenville, SC 29601


Norma Lee Wilson
c/o George Brown
Lowe Yeager & Brown PLCC
900 S. Gay St., Ste. 2102
Knoxville, TN 37902


North Carolina Department of Revenue
PO BOX 25000
Raleigh, NC 27640-0002


North Carolina Dept. of Labor
1101 Mail Service Center
Raleigh, NC 27699-1101

Oaktree Medical Centre, LLC
P.O. Box 26809
Greenville, SC 29616


Oaktree Medical Centre, P.C
P.O. Box 26809
Greenville, SC 29616


Ogletree Deakins
PO Box 89
Columbia, SC 29202


OTIS Elevator Company
PO Box 73579
Chicago, IL 60673


Palmetto GBA (Medicare)
17 Technology Circle
Columbia, SC 29203


Palmetto GBA/Medicare-SC
Finance & Accounting
PO Box 100246
Columbia, SC 29202-3280


PERMA
PO Box 183188
Columbus, OH 43218


Phenomenex
411 Madrid Avenue
Torrance, CA 90501-1430


Pioneer credit Recovery
PO Box 979113
Saint Louis, MO 63197-9000


Platinum Code
8095 215th Street W
Lakeville, MN 55044


Plumbers and Pipefitters
PO Box 840
Montgomery, AL 36120-2000

PMD- Lakeside
209 Depot Street, Suite B
Greer, SC 29651


POMCO
PO BOx 118
Syracuse, NY 13206


Premium Funding Associates, Inc.
1 World Financial Center
200 Liberty Street
New York, NY 10281


Prime Health Service
7110 Crossroads Blvd., Suite 100
Brentwood, TN 37027


Printtek
57 Batesville Court
Greer, SC 29650


Propel HR, Inc.
669 Academy St
Greenville, SC 29601


Purchase Power-0962-0380-Corp EFT
PO Box 371874
Pittsburgh, PA 15250-7874


Pye-Barker Fire and Safety LLC
PO Box 69
Roswell, GA 30077


Qualcare, Inc.
PO Box 249
Piscataway, NJ 08855-0241


Quartzy, Inc.
Dept 3895
PO Box 123895
Dallas, TX 75312-3895


ReadyRedresh by Nestle
PO Box 856192
Louisville, KY 40285-6192

Reflections Maintenance Services, Inc.
PO Box 2105
Leicester, NC 28748


Registered Agent Solutions Inc.
1701 Directors Blvd, Suite 300
Austin, TX 78744


RMG-Osteoarthritis Centers of Amer
Osteoarthritis Centers of America
1937 West Palmetto St.
Florence, SC 29501


Robert Mathewson
c/o Louthian Law Firm, PA
Herbert W. Louthian, Jr.
PO Box 1299
Columbia, SC 29202


Roberts Development-Anderson
PO Box 393
Anderson, SC 29622


Robinson Bradshaw & Hinson, PA
101 N Tryon Street, Suite 1900
Charlotte, NC 28246


Rojas Landscaping, LLC (1099)
228 Old Cedar Rock Rd.
Easley, SC 29640


Ryan Groth
70 Bent Creek Preserve Road
Asheville, NC 28806


Safety-Klenn Systems, Inc.
PO Box 650509
Dallas, TX 75265-0509


Sandra Cooper Owen
78 Waynewood Drive
Waynesville, NC 28786

Santee Cooper-393782 EFT
PO Box 188
Moncks Corner, SC 29461-0188


SC Department of Health & Environmental
PO Box 100103
Columbia, SC 29202-3103


Scrub SHop, The
1000 N Pine St. #4
Spartanburg, SC 29303


SE Construction, LLC
PO Box 428
Piedmont, SC 29673


Security Central
PO Box 602371
Charlotte, NC 28260-2371


Select Health (SC Medicaid MCO)
P.O. Box 40849
Charleston, SC 29423


Select Laboratory- SC
PO Box 13030
Greensboro, NC 27415


SFM Risk Soulutions
PO Box 9416
Minneapolis, MN 55440


Shaul Law
3330 Chumberland Blvd SE
Suite 925
Atlanta, GA 30339


Shred A Way
PO Box 51132
Piedmont, SC 29673


Shred A Way- 25H-ARD
PO Box 161732
Boiling Springs, SC 29316

Smith Jordan & Lavery PA 16-0329E
PO Box 1207
Easley, SC 29641


Smith, Jordan & Levery, PA
Attn: Grady Jordan
PO Box 1207
Easley, SC 29641


South State Bank
200 East Broad Street, Suite 100
Greenville, SC 29601


Southern Guanty Inc. Company
PO BOx 14770
Lexington, KY 40512-4000


Special Funds
60 E 42nd St.
New York, NY 10165-2799


Spectrio
PO Box 890271
Charlotte, NC 28289-0271


Spectrum Business
PO Box 742614
Cincinnati, OH 45274-2614


Spectrum Business
PO Box 70872
Charlotte, NC 28272-0872


Stanford Dosimetry, LLC
1204 Raymond St
Bellingham, WA 98229


Staples Business Advantage
P.O. Box 105638
Atlanta, GA 30348-5638


Starstone Specialty Insurance Company
c/o Willis of North Carolina, Inc.
29754 Network Place
Chicago, IL 60673-1297

State of Georgis EX REL Terri Nix
c/o Officer of the Attorney General
Sara E. Vann-Georgia Medicaid Frud Unit
200 Piedmont Ave. SE West Tower, FL 19
Atlanta, GA 30334


Steeplechase Pathology, LLC
Attn: Renee Thomas, MD
1905 Carriage House Lane
Camden, SC 29020


Stephanie Webb
c/o Richardson Plowden & Robinson, PA
C Clifford Rollins
PO Box 7788
Columbia, SC 29202


Stericycle
PO Box 6582
Carol Stream, IL 60197-6582


Stericycle, Inc.
PO Box 6582
Carol Stream, IL 60197-6582


Stone's Pest Services, LLC
PO Box 13443
Florence, SC 29504


Stryker Sales Corp (Cactus)
PO Box 70119
Chicago, IL 60673-0119


Terminix
Central Accounting Office
PO Box 2627
Columbia, SC 29202-2627


Terri Nix
c/o Bracker & Marcus LLC
Jason Marcus
3225 Shallowford Rd., Ste. 1120
Marietta, GA 30062

The Benefit Company
PO Box 211486
Columbia, SC 29221


Thrivent
PO Box 14057
Clearwater, FL 33766


Tim Daileader (Drivetrain) EFT
257 Central Park West Apt 7A
New York, NY 10024


Total Medical Equipment Sales, Inc.
Kyle Blackwell
3000 Old Alabama Rd 119-110
Alpharetta, GA 30022


Town of Waynesville CC
9 S Main Street, Suite 110
Waynesville, NC 28786


Town of Waynesville CC
9 S. Main Street, Suite 110
Waynesville, NC 28786


Tracy Hawkins
c/o Kassel Mcvey
John D. Kassel
PO Box 1476
Columbia, SC 29202


TRansmed Co, LLC
Drug Testing & Laboratory Supplies
1595 Peachtree Pkwy, Suite 204-350
Cumming, GA 30041


Travelers Ins Property Casualty
PO Box 4614
Buffalo, NY 14240


Trizetto
Dept CH 16897
Palatine, IL 60055-6897

TSYS Health Services
12202 Airport Way, Suite 100
Broomfield, CO 80021


Uline
Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


Underwriters at Lloyd's London
c/o Willis of North Carolina, Inc.
29754 Network Place
Chicago, IL 60673-1297


Uniform Advantage
Attn: Accounts Receivable
PO Box 14190
Fort Lauderdale, FL 33302


United Healthcare
107 Westpark Blvd., Suite 110
Columbia, SC 29210


United Healthcare (Veteran's Affairs)
780 Shiloh Road
Plano, TX 75074


Upstate Exterminating & Pest Cntrol Inc
324 Our Road
Pickens, SC 29671


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


US Compounding
1270 Don's Lane
Conway, AR 72032


US of America Ex REL Donna Rauch
c/o Office of the US Attorneys
Muriel Calhoun & brandy Knight
1441 Main Street, Suite 500
Columbia, SC 29201

US of America Ex REL Robert Mathewson
c/o Office of the US Attorneys
Elizabeth C. Warren
1441 Main Street, Suite 500
Columbia, SC 29201


US of America Ex REL Terri Nix
c/o Office of the US Attorneys-ATL600
Neel Ben-David,Northen District of GA
600 U S Courthouse, 75 TED Turner DR SW
Atlanta, GA 30303


US of America Ex REL Tracy Hawkins
c/o Office of the US Attorneys
Elizabeth C. Warren
1441 Main Street, Suite 500
Columbia, SC 29201


Waste Management
PO Box 4648
Carol Stream, IL 60197


WC Bunch & Associates
PO Box 32037
Lakeland, FL 33807-2002


WC State of Connecticut
55 Elm St
Hartford, CT 06106-1746


WCO Broadspire/Medcor-WCO
PO Box 14645
Lexington, KY 40512


WCO Connecticut Interlocal Risk Manageme
PO Box 9558
New Haven, CT 06535-0558


WCO Gallagher Bassett Services
PO BOx 2831
Clinton, IA 52733-2801


WCO Medivest
2100 Alafaya Trl
Oviedo, FL 32765

WellCare of North Carolina
8735 Henderson Road
Tampa, FL 33634

Wesley Janitorial Service LLC
PO Box 3553
Columbia, SC 29230

West Crt Heavy, LLC
1603 Orrington #810
Evanston, IL 60201

West Family Investments, Inc.
1603 Orrington #810
Evanston, IL 60201

West Investment Corporation
1603 Orrington #810
Evanston, IL 60201

West Investment Holdings, LLC
1603 Orrington #810
Evanston, IL 60201

Windstream-1517 EFT
PO Box 9001950
Louisville, KY 40290-1950

X-Ray Compliance Soulution, LLC
2080 Owens Rd
Leesville, SC 29070

XACT Data Discovery
DBA XACT Data Discovery
5800 Foxridge Dr, Ste 406
Mission, KS 66202

York X-Ray- M498-Anderson
PO Box 326
Lyman, SC 29365

York X-Ray- M568 WEst Columbia
PO Box 326
Lyman, SC 29365

# United States Bankruptcy Court
## Western District of North Carolina

In re   __Pain Management Associates of North Carolina, P.C.__      Case No.  _____

                                                          Debtor(s)        Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Pain Management Associates of North Carolina, P.C.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 29, 2020__                          /s/ Dirk W. Siegmund
Date                                        __Dirk W. Siegmund 20796__
                                            Signature of Attorney or Litigant
                                            Counsel for   __Pain Management Associates of North Carolina, P.C.__
                                            **Ivey, McClellan, Gatton & Siegmund**
                                            **100 S. Elm St, Ste. 500**
                                            **Greensboro, NC 27401**
                                            **336-274-4658 Fax:336-274-4540**